**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BCBSM, Inc. (d/b/a Blue Cross and Blue Shield of Minnesota)**, *et al.*, | Case No. 1:20-cv-1853 |
| *Plaintiffs*, | |
| v. | Honorable Virginia M. Kendall |
| **Walgreen Co. and Walgreens Boots Alliance, Inc.**, | Magistrate Judge Sheila Finnegan |
| *Defendants*. | *Consolidated with* Case No. 1:20-cv-1929 Case No. 1:20-cv-3332 |

**DEFENDANTS WALGREEN CO.'S & WALGREENS BOOTS ALLIANCE, INC.'S**
**MOTION TO DISMISS CASE NO. 1:20-CV-1853**
**UNDER FED. R. CIV. P. 12(B)(7) & 12(B)(6)**

Pursuant to Rules 12(b)(7) and 12(b)(6) of the Federal Rules of Civil Procedure and for the reasons set forth in the Memorandum in Support of Defendants Walgreen Co.'s & Walgreens Boots Alliance, Inc.'s Motion to Dismiss Case No. 1:20-cv-1853 under Fed. R. Civ. P. 12(b)(7) and 12(b)(6), Defendants Walgreen Co. ("Walgreens") and Walgreens Boots Alliance, Inc. ("WBA," and together with Walgreens, "Defendants") respectfully move this Court to dismiss all counts of the Plaintiffs' Complaint (Dkt. No. 1) for failure to join a party under Rule 19 and for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendants Walgreens and WBA respectfully request that this Court dismiss all counts of Plaintiffs' Complaint with prejudice and grant such other and further relief as this Court deems just and proper.

1

Dated: July 8, 2020                          Respectfully submitted,


                                             */s/ Jeffrey J. Bushofsky*                      
                                             Jeffrey J. Bushofsky
                                             Laura G. Hoey
                                             Charles D. Zagnoli
                                             **ROPES & GRAY LLP**
                                             191 North Wacker Drive
                                             32nd Floor
                                             Chicago, Illinois 60606
                                             Tel: (312) 845-1200
                                             Fax: (312) 845-5522
                                             Jeffrey.Bushofsky@ropesgray.com
                                             Laura.Hoey@ropesgray.com
                                             Charles.Zagnoli@ropesgray.com

                                             *Attorneys for Defendants Walgreen Co. and*
                                             *Walgreens Boots Alliance, Inc.*

## CERTIFICATE OF SERVICE

I, Charles D. Zagnoli, hereby certify that Defendants Walgreen Co.'s & Walgreens Boots Alliance, Inc.'s Motion to Dismiss Case No. 1:20-cv-1853 under Fed. R. Civ. P. 12(b)(7) & 12(b)(6) was electronically filed on July 8, 2020, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

*/s/ Charles D. Zagnoli*

Charles D. Zagnoli
**ROPES & GRAY LLP**
191 North Wacker Drive
32nd Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Charles.Zagnoli@ropesgray.com

*Attorney for Defendants Walgreen Co. and*
*Walgreens Boots Alliance, Inc.*