UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Asuris Northwest Health; Blue Cross and Blue Shield of Kansas City; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho, Inc.; Regence BlueCross and BlueShield of Oregon; Regence BlueCross and BlueShield of Utah; and Regence BlueShield of Washington**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Walgreen Co. and Walgreens Boots Alliance, Inc.**, <br><br> *Defendants*. | Case No. 1:20-cv-4940 <br><br> *consolidated with* <br><br> Case No. 1:20-cv-1853 <br> Case No. 1:20-cv-1929 <br> Case No. 1:20-cv-3332 <br> Case No. 1:20-cv-4738 <br><br><br> Honorable Virginia M. Kendall <br> Magistrate Judge Sheila M. Finnegan |

**DEFENDANTS WALGREEN CO.'S & WALGREENS BOOTS ALLIANCE, INC.'S
MOTION TO DISMISS CASE NO. 1:20-CV-4940
UNDER FED. R. CIV. P. 12(B)(7) & 12(B)(6)**

Pursuant to Rules 12(b)(7) and 12(b)(6) of the Federal Rules of Civil Procedure and for the reasons set forth in the Memorandum in Support of Defendants Walgreen Co.'s & Walgreens Boots Alliance, Inc.'s Motion to Dismiss Case No. 1:20-cv-4940 under Fed. R. Civ. P. 12(b)(7) and 12(b)(6), Defendants Walgreen Co. ("Walgreens") and Walgreens Boots Alliance, Inc. ("WBA," and together with Walgreens, "Defendants") respectfully move this Court to dismiss all counts of Plaintiffs' Complaint (1:20-cv-4940, Dkt. No. 1) for failure to join a party under Rule 19 and for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendants Walgreens and WBA respectfully request that this Court dismiss all counts of Plaintiffs' Complaint with prejudice and grant such other and further relief as this Court deems just and proper.

Dated: September 29, 2020  Respectfully submitted,

/s/ Jeffrey J. Bushofsky
Jeffrey J. Bushofsky
Laura G. Hoey
Charles D. Zagnoli
**ROPES & GRAY LLP**
191 North Wacker Drive
32nd Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Jeffrey.Bushofsky@ropesgray.com
Laura.Hoey@ropesgray.com
Charles.Zagnoli@ropesgray.com

*Attorneys for Defendants Walgreen Co. and Walgreens Boots Alliance, Inc.*

## CERTIFICATE OF SERVICE

I, Charles D. Zagnoli, hereby certify that Defendants Walgreen Co.'s & Walgreens Boots Alliance, Inc.'s Motion to Dismiss Case No. 1:20-cv-4940 under Fed. R. Civ. P. 12(b)(7) & 12(b)(6) was electronically filed on September 29, 2020, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

/s/ Charles D. Zagnoli

Charles D. Zagnoli
**ROPES & GRAY LLP**
191 North Wacker Drive
32nd Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Charles.Zagnoli@ropesgray.com

*Attorney for Defendants Walgreen Co. and Walgreens Boots Alliance, Inc.*