**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BCBSM, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>WALGREEN CO. AND WALGREENS BOOTS ALLIANCE, INC.,<br><br>*Defendants.* | Case No. 1:20-cv-01853<br><br>Honorable Virginia M. Kendall<br>Honorable Sheila M. Finnegan<br><br>**Plaintiffs' Motion for Qualification of Counsel**<br><br>Consolidated with:<br><br>Case No. 1:20-cv-04738<br>Case No. 1:20-cv-03332<br>Case No. 1:20-cv-01929<br>Case No. 1:20-cv-04940 |

**PLAINTIFFS' MOTION FOR QUALIFICATION OF COUNSEL**

For the reasons set forth in the accompanying memorandum, Plaintiffs move for an order that, consistent with its ethical duties, Crowell & Moring is qualified to serve as plaintiff's counsel in this case because (1) it has no conflict of interest and (2) through their delay and tactical maneuvers, defendants have waived, forfeited and relinquished any right to claim to the contrary. In compliance with the Court's *10th Amended General Order 20-0012 In Re Coronavirus Covid-19 Public Emergency* (Feb. 12, 2021) modifying the requirements of Local Rules 5.3 and 5.4, Plaintiffs will not notice this motion for in-person presentment at this time and will await notification from the presiding judge as to the need, if any, for a hearing by electronic means or in-court proceeding.

1

Dated: July 30, 2021                                Respectfully Submitted,

/s/ T. Markus Funk
T. Markus Funk
Regina LaMonica
Perkins Coie LLP

131 S. Dearborn, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8500
Facsimile: (312) 324-9500
MFunk@perkinscoie.com
rlamonica@perkinscoie.com
***Counsel for Crowell & Moring LLP***

Thomas B. Mason (*pro hac vice pending*)
Thomas G. Connolly (*pro hac vice pending*)
Jared Marx (*pro hac vice pending*)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, Eighth Floor
Washington, DC 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301
tmason@hwglaw.com
tconnolly@hwglaw.com
jmarx@hwglaw.com
***Counsel for Plaintiffs and Crowell & Moring LLP***

**CERTIFICATE OF SERVICE**

      I hereby certify that, on July 30, 2021, I caused true and correct copies of the foregoing Plaintiffs' Motion for Qualification of Counsel to be served by ECF upon counsel of record for all parties.

                                                /s/ T. Markus Funk
                                                T. Markus Funk