IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BCBSM, INC., *et al.*, | Case No. 1:20-cv-01853 |
| Plaintiffs/Counter-Defendants, | |
| v. | Honorable Virginia M. Kendall |
| | Honorable Sheila M. Finnegan |
| WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC., | |
| | Consolidated with: |
| Defendants/Counter-Plaintiffs. | |
| | Case No. 1:20-cv-04738 |
| | Case No. 1:20-cv-03332 |
| | Case No. 1:20-cv-01929 |
| | Case No. 1:20-cv-04940 |

**PLAINTIFFS/COUNTER-DEFENDANTS'**
**MOTION TO DISMISS WALGREEN CO.'S COUNTERCLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs/Counter-Defendants respectfully request that this Court dismiss Counter-Plaintiff Walgreen Co.'s ("Walgreens") Counterclaim (Dkt. 149) with prejudice. Plaintiffs/Counter-Defendants are entitled to dismissal because Walgreens' Counterclaim fails to state a cause of action upon which relief may be granted. Specifically, Walgreens has not and cannot plead actual knowledge, a requisite element of an aiding and abetting claim under Illinois law.

In compliance with the Court's *General Order 21-0027 In Re: Suspension of Local Rules 5.2(F) and 5.3(B) and Continued Authorization for Email Filings by Pro Se Litigations* (Aug. 3, 2021), Plaintiffs will not notice this motion for in-person presentment at this time and will await notification from the presiding judge as to the need, if any, for a hearing by electronic means or in-court proceeding.

WHEREFORE, for the reasons set forth above, as well as in the accompanying Memorandum of Law, Plaintiffs/Counter-Defendants respectfully request that this Court grant its Motion to Dismiss Walgreen Co.' Counterclaim with prejudice.

| | |
|---|---|
| Dated: September 7, 2021 | Respectfully submitted, |
| | By: */s/ Kelly H. Hibbert* |
| David L. Applegate (IL Bar #3122573)<br>Matthew A. Blumenreich (IL Bar #6329458)<br>**Williams Montgomery & John Ltd.**<br>Suite 6800 Willis Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 443-3200<br>Facsimile: (312) 630-8500<br>dla@willmont.com<br>mab@willmont.com<br><br>*Attorneys for Plaintiffs* | Kent A. Gardiner (D.C. Bar No. 432081)*<br>Stephen J. McBrady (D.C. Bar No. 978847)*<br>Kelly H. Hibbert (D.C. Bar No. 1006010)*<br>Justin D. Kingsolver (N.D. Ill. Bar No. 6320926)<br>**Crowell & Moring LLP**<br>1001 Pennsylvania Ave. NW<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>KGardiner@crowell.com<br>SMcBrady@crowell.com<br>KHibbert@crowell.com<br>JKingsolver@crowell.com<br><br>\**Admitted pro hac vice*<br><br>*Attorneys for Plaintiffs* |

# CERTIFICATE OF SERVICE

      I, Kelly H. Hibbert, an attorney authorized to practice before this Court, hereby certify that the foregoing was electronically filed on September 7, 2021, and will be served electronically via the Court's ECF Notice system upon the registered parties and counsel of record.

Dated: September 7, 2021                      */s/ Kelly H. Hibbert*
                                                          Kelly H. Hibbert