# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BCBSM, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>WALGREEN CO., et al.,<br><br>        Defendants. | Case No. 20 C 1853<br><br>Hon. Virginia M. Kendall<br>Mag. Sheila M. Finnegan |
| WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>        Third-Party Plaintiffs,<br><br>  v.<br><br>PRIME THERAPEUTICS LLC,<br><br>        Third-Party Defendant. | *Consolidated with*:<br>Case No. 20 C 3332<br>Case No. 20 C 1929<br>Case No. 20 C 4940<br>Case No. 20 C 4738 |

### Third-Party Defendant's Motion for Leave to Withdraw
### Thomas C. Mahlum as Attorney of Record

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Third-Party Defendant Prime Therapeutics LLC respectfully moves this Court grant leave to withdraw the appearance of Thomas C. Mahlum, admitted *pro hac vice*, as one of the attorneys of record for Third-Party Defendant in this matter. In support of this motion, Third-Party Defendant states as follows:

1. On September 29, 2021, Mr. Mahlum filed a motion for leave to appear *pro hac vice* in this case (Dkt No. 198), which was granted on October 8, 2021 (Dkt No. 200).

2. Third-Party Defendant will continue to be represented by attorneys from the firms Salvatore Prescott Porter & Porter, PLLC and Forsgren Fisher Mccalmont Demarea Tysver LLP. Therefore, none of the parties will be prejudiced and no delays will be caused by the withdrawal of Mr. Mahlum from this case.

3. Third-Party Defendant notices this motion for presentment on Wednesday, February 23, 2022, at 9 a.m.

WHEREFORE, Third-Party Defendant respectfully requests that the Court grant this motion and enter an order withdrawing the appearance of Thomas C. Mahlum as one of the attorneys of record for the Third-Party Defendant and removing him from the Electronic Case Filing notification list in the above-captioned case.

.

Date: February 17, 2022                                    Respectfully submitted,

| | |
|---|---|
| **SALVATORE PRESCOTT PORTER & PORTER, PLLC**<br>Andrew C. Porter<br>Andrea L. Evans<br>1010 Davis Street<br>Evanston, IL 60201<br>(312) 283-5711<br>aporter@spplaw.com<br>evans@spplaw.com<br><br>**FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP**<br>Robert J. Gilbertson<br>Virginia R. McCalmont<br>225 South 6th Street, Suite 1750<br>Minneapolis, MN 55402<br>(612) 474-3300<br>bgilbertson@forsgrenfisher.com<br>mccalmont@forsgrenfisher.com | */s/ Thomas C. Mahlum*<br>**ROBINS KAPLAN LLP**<br><br>Thomas C. Mahlum<br>Jamie R. Kurtz<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>(612) 349-8500<br>tmahlum@robinskaplan.com<br>jkurtz@robinskaplan.com |

*Attorneys for Third-Party Defendant Prime Therapeutics LLC*

3

**<u>Certificate of Service</u>**

I certify that on February 17, 2022, I caused copies of the foregoing to be served on all counsel of record by filing electronic copies with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all registered CM/ECF users.

*/s/ Thomas C. Mahlum*
Thomas C. Mahlum
