UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BCBSM, INC., et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>WALGREEN CO., et al.,<br><br>   Defendants. | Case No. 20 C 1853<br><br>Hon. Virginia M. Kendall<br>Mag. Sheila M. Finnegan |
| WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>   Third-Party Plaintiffs,<br><br> v.<br><br>PRIME THERAPEUTICS LLC,<br><br>   Third-Party Defendant. | *Consolidated with*:<br>Case No. 20 C 3332<br>Case No. 20 C 1929<br>Case No. 20 C 4940<br>Case No. 20 C 4738 |

**Third-Party Defendant's Motion for Leave to Withdraw
Jamie R. Kurtz as Attorney of Record**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Third-Party Defendant Prime Therapeutics LLC respectfully moves this Court grant leave to withdraw the appearance of Jamie R. Kurtz, admitted *pro hac vice*, as one of the attorneys of record for Third-Party Defendant in this matter. In support of this motion, Third-Party Defendant states as follows:

1. On September 29, 2021, Ms. Kurtz filed a motion for leave to appear *pro hac vice* in this case (Dkt No. 199), which was granted on October 8, 2021 (Dkt No. 200).

2. Third-Party Defendant will continue to be represented by attorneys from the firms Salvatore Prescott Porter & Porter, PLLC and Forsgren Fisher Mccalmont Demarea Tysver LLP. Therefore, none of the parties will be prejudiced and no delays will be caused by the withdrawal of Ms. Kurtz from this case.

3. Third-Party Defendant notices this motion for presentment on Wednesday, February 23, 2022, at 9:00 a.m.

WHEREFORE, Third-Party Defendant respectfully requests that the Court grant this motion and enter an order withdrawing the appearance of Jamie R. Kurtz as one of the attorneys of record for the Third-Party Defendant and removing her from the Electronic Case Filing notification list in the above-captioned case.

.

Date: February 17, 2022							Respectfully submitted,

**SALVATORE PRESCOTT PORTER & PORTER, PLLC**
Andrew C. Porter
Andrea L. Evans
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
aporter@sppplaw.com
evans@sppplaw.com

**FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP**
Robert J. Gilbertson
Virginia R. McCalmont
225 South 6th Street, Suite 1750
Minneapolis, MN 55402
(612) 474-3300
bgilbertson@forsgrenfisher.com
mccalmont@forsgrenfisher.com

*/s/ Jamie R. Kurtz*
**ROBINS KAPLAN LLP**

Jamie R. Kurtz
Thomas C. Mahlum
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
jkurtz@robinskaplan.com
tmahlum@robinskaplan.com

*Attorneys for Third-Party Defendant Prime Therapeutics LLC*

**Certificate of Service**

  I certify that on February 17, 2022, I caused copies of the foregoing to be served on all counsel of record by filing electronic copies with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all registered CM/ECF users.

*/s/ Jamie R. Kurtz*
Jamie R. Kurtz
