# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BCBSM, INC., et al.<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>*Defendants/Counter-Plaintiffs*. | Case No. 1:20-cv-01853<br><br>Honorable Virginia M. Kendall<br>Honorable Sheila M. Finnegan<br><br>Related Cases:<br>Case No. 1:20-cv-04738<br>Case No. 1:20-cv-03332<br>Case No. 1:20-cv-01929<br>Case No. 1:20-cv-04940 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RESPONDING TO DEFENDANT/COUNTER-PLAINTIFF WALGREEN CO.'S COUNTERCLAIM

Pursuant to Fed. R. Civ. P. 6(b), and Local Rules 5.3 and 5.4, Plaintiffs respectfully move the Court for entry of an order permitting Plaintiffs/Counter-Defendants an additional 21 days in which to answer or otherwise respond to Defendant/Counter-Plaintiff Walgreen Co.'s Verified Counterclaim (Doc. No. 149) ("Counterclaim"). In support of this Motion, Plaintiffs/Counter-Defendants state:

1. Defendant/Counter-Plaintiff Walgreen Co. filed its Counterclaim in this case on July 26, 2021. Plaintiffs/Counter-Defendants filed a motion to dismiss the Counterclaim, which was denied on February 9, 2022. As a result, Plaintiffs/Counter-Defendants deadline to otherwise respond to the Counterclaim was February 23, 2022.

2. Plaintiffs/Counter-Defendants request this relief in good faith, for good cause, in the interest of justice, and not for an impermissible purpose or delay. Defendant/Counter-Plaintiff Walgreen Co.'s Counterclaim raises complex issues regarding, *inter alia*, attorney-client communications and representation by Plaintiffs//Counter-Defendants' lead counsel in this litigation. Plaintiffs/Counter-Defendants require additional time to consider whether they need

to retain independent counsel to aid in their defense of the Counterclaim and to retain such counsel.

3. Counsel for the parties have conferred by email concerning the substance of this Motion. Defendant/Counter-Plaintiff Walgreen Co. does not oppose the relief sought through this Motion.

4. Defendant/Counter-Plaintiff Walgreen Co. will face no prejudice in the event that Plaintiffs/Counter-Defendants' requested extension is granted. An extension of 21 days will not delay the proceedings in any significant way as discovery on the underlying merits case will continue.

5. In compliance with the Court's *Second Amended General Order 21-0027 In Re: Suspension of Local Rules 5.2(F) and 5.3(B) and Continued Authorization for Email Filings by Pro Se Litigations* (Jan. 12, 2022), Plaintiffs will not notice this motion for in-person presentment at this time and will await notification from the presiding judge as to the need, if any, for a hearing by electronic means or in-court proceeding.

WHEREFORE, for the reasons set forth herein, Plaintiffs respectfully request that the Court enter an Order granting Plaintiffs until March 16, 2022, to file their response to Defendant Walgreen Co.'s Counterclaim.

Dated: February 22, 2022

Respectfully submitted,

By: */s/ Kelly H. Hibbert*

| | |
|---|---|
| David L. Applegate (IL Bar# 3122573)<br>**WILLIAMS & JOHN LTD.**<br>Suite 6800 Willis Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 443-3200<br>Facsimile: (312) 630-8500<br>dla@willjohnlaw.com<br><br>*Attorneys for Plaintiffs/Counter-Defendants* | Kent A. Gardiner (D.C. Bar No. 432081)\*<br>Stephen J. McBrady (D.C. Bar No. 978847)\*<br>Kelly H. Hibbert (D.C. Bar No. 1006010)\*<br>Justin D. Kingsolver (N.D. Ill. Bar No. 6320926)<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Ave. NW<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>KGardiner@crowell.com<br>SMcBrady@crowell.com<br>KHibbert@crowell.com<br>JKingsolver@crowell.com<br><br>\**Admitted pro hac vice*<br><br>*Attorneys for Plaintiffs/Counter-Defendants*<br><br>By:   /s/ *Jeffrey J. Bushofsky*<br><br>Laura G. Hoey<br>Jeffrey J. Bushofsky<br>Charles D. Zagnoli<br>**ROPES & GRAY LLP**<br>191 N. Wacker Drive<br>32nd Floor<br>Chicago, IL 60606<br>Telephone: (312) 845-1200<br>Facsimile: (312) 845-5522<br>Laura.Hoey@ropesgray.com<br>Jeffrey.Bushofsky@ropesgray.com<br>Charles.Zagnoli@ropesgray.com<br><br>*Attorneys for Defendants/Counter-Plaintiffs* |

3

**CERTIFICATE OF SERVICE**

I, Kelly H. Hibbert, an attorney authorized to practice before this Court, hereby certify that the foregoing Plaintiffs' Unopposed Motion For Extension of Time to Respond to Defendant Walgreen Co.'s Counterclaim was electronically filed on February 22, 2022, and will be served electronically via the Court's ECF Notice system upon the registered parties and counsel of record.

Dated: February 22, 2022                               */s/ Kelly H. Hibbert*
                                                                                                                                                        Kelly H. Hibbert