IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BCBSM, INC.,** *et al.*, | ) | Case No. 1:20-cv-01853 |
| | ) | |
| Plaintiffs, | ) | Honorable Virginia M. Kendall |
| | ) | Honorable Sheila M. Finnegan |
| v. | ) | |
| | ) | |
| **WALGREEN CO.,** *et al.*, | ) | *Consolidated with*: |
| | ) | No. 1:20-cv-01929 |
| Defendants. | ) | No. 1:20-cv-03332 |
| | ) | No. 1:20-cv-04738 |
| | ) | No. 1:20-cv-04940 |

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RESPONDING TO DEFENDANT/COUNTER-PLAINTIFF WALGREEN CO.'S COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 6(b), and Local Rules 5.3 and 5.4, Plaintiffs respectfully move the Court for entry of an order permitting Plaintiffs/Counter-Defendants an additional seven days in which to answer or otherwise respond to Defendant/Counter-Plaintiff Walgreen Co.'s Verified Counterclaim (Doc. No. 149) ("Counterclaim"). In support of this Motion, Plaintiffs/Counter-Defendants state:

1. Defendant/Counter-Plaintiff Walgreen Co. filed its Counterclaim in this case on July 26, 2021. Plaintiffs/Counter-Defendants filed a motion to dismiss the Counterclaim, which was denied on February 9, 2022. As a result, Plaintiffs/Counter-Defendants' deadline to otherwise respond to the Counterclaim was originally February 23, 2022.

2. This is Plaintiffs/Counter-Defendants' Second Motion for an Extension of Time for Responding to the Counterclaim. In the first, Plaintiffs/Counter-Defendants pointed out that the Counterclaim raised complex issues regarding, *inter alia*, attorney-client communications and representation by Plaintiffs/Counter-Defendants' lead counsel in this litigation. As pointed out

in the First Motion for an Extension of Time, Plaintiffs/Counter-Defendants required additional time to consider whether they needed to retain independent counsel to aid in their defense of the Counterclaim and to retain such counsel.

3. Plaintiffs/Counter-Defendants have decided to retain independent counsel, the undersigned, to aid in their defense in the Counterclaim. This counsel is now gathering facts and assessing the background of the case and needs additional time to prepare the response to the Counterclaim.

4. Counsel for the parties have conferred by email concerning the substance of this Motion. Defendant/Counter-Plaintiff Walgreen Co. does not oppose the relief sought through this Motion.

5. Defendant/Counter-Plaintiff Walgreen Co. will face no prejudice in the event that Plaintiffs/Counter-Defendants' requested extension is granted.

6. In compliance with the Court's *Second Amended General Order 21-0027 In Re: Suspension of Local Rules 5.2(F) and 5.3(B) and Continued Authorization for Email Filings by Pro Se Litigations* (Jan. 12, 2022), Plaintiffs will not notice this motion for in-person presentment at this time and will await notification from the presiding judge as to the need, if any, for a hearing by electronic means or in-court proceeding.

**WHEREFORE**, for the reasons set forth herein, Plaintiffs respectfully request that the Court enter an Order granting Plaintiffs until March 23, 2022, to file their response to Defendant Walgreen Co.'s Counterclaim.

DATED: March 15, 2022          Respectfully Submitted,

Of Counsel:

Peter R. Jarvis
Holland & Knight LLP
601 SW Second Avenue
Suite 1800
Portland, OR 97204
(503) 243-5877
peter.jarvis@hklaw.com
*pro hac vice motion pending*

Timothy J. Conner
Holland & Knight LLP
50 N Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-7362
timothy.conner@hklaw.com

By: */s/ Trisha M. Rich*
    Trisha M. Rich (No. 6288544)
    Holland & Knight LLP
    150 N Riverside Plaza
    Suite 2700
    Chicago, IL 60606
    (312) 263.3600
    trisha.rich@hklaw.com
    *Counsel for Plaintiffs*