# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **BCBSM, INC.,** *et al.*, | ) Case No. 1:20-cv-01853 |
| | ) |
| *Plaintiffs / Counter-Defendants*, | ) Honorable Virginia M. Kendall |
| | ) Honorable Sheila M. Finnegan |
| v. | ) |
| | ) |
| **WALGREEN CO.,** *et al.*, | ) *Consolidated with*: |
| | ) No. 1:20-cv-01929 |
| *Defendants / Counterclaimants*. | ) No. 1:20-cv-03332 |
| | ) No. 1:20-cv-04738 |
| | ) No. 1:20-cv-04940 |

| | |
|---|---|
| **WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.,** | ) |
| | ) |
| *Third-Party Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| **PRIME THERAPEUTICS LLC,** | ) |
| | ) |
| *Third-Party Defendant*. | ) |
| | ) |

## WALGREEN CO.'S AND WBA'S MOTION FOR LEAVE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND THEIR THIRD-PARTY COMPLAINT AND FOR CLARIFICATION UNDER SEAL

Pursuant to Local Rules 5.8 and 26.2, Defendants / Third-Party Plaintiffs Walgreen Co. and Walgreens Boots Alliance, Inc. ("WBA," and together with Walgreen Co., "Walgreens") respectfully move the Court for entry of an order permitting Walgreens to file their Reply in Support of Their Motion for Leave to Amend Their Third-Party Complaint and for Clarification (the "Reply") under seal.

In support of this motion, Walgreens relies upon all pleadings and papers of record to date and further states:

1.      In the Reply, Walgreens quotes from a confidential contract between Walgreen Co. and Prime Therapeutics LLC ("Prime"). When Prime filed its Opposition to Walgreen Co.'s and WBA's Motion for Leave to Amend Their Third-Party Complaint and for Clarification, Prime quoted from the same confidential contract and asked for leave to file its Opposition under seal. *See* ECF No. 236. In order to further preserve the confidentiality of that contract, Walgreens respectfully requests leave to file its Reply under seal.

2.      In accordance with Local Rule 26.2(c), Walgreens has simultaneously and provisionally filed an unredacted version of the Reply under seal. Walgreens has also simultaneously filed a public-record version of the Reply with redactions to the quotations from the confidential contract.

3.      Walgreens' request for leave to file under seal is made in the interest of justice and not for the purpose of delay or obstruction.

4.      In compliance with the Court's Second Amended General Order 21-0027, which suspends Local Rule 5.3(b) and which has not been vacated or superseded, Walgreens has not noticed this motion for presentment.

WHEREFORE, Walgreens respectfully requests that the Court enter an Order:

a.      Granting Walgreens leave to file the Reply under seal;

b.      Granting such other and further relief as this Court deems just and proper.

Dated: March 29, 2022                    Respectfully submitted,


                                         /s/ Jeffrey J. Bushofsky
                                         Jeffrey J. Bushofsky
                                         Laura G. Hoey
                                         Charles D. Zagnoli
                                         **ROPES & GRAY LLP**
                                         191 North Wacker Drive
                                         32nd Floor
                                         Chicago, Illinois 60606
                                         Tel: (312) 845-1200
                                         Fax: (312) 845-5562
                                         Jeffrey.Bushofsky@ropesgray.com
                                         Laura.Hoey@ropesgray.com
                                         Charles.Zagnoli@ropesgray.com

                                         *Attorneys for Defendants / Third-Party Plaintiffs*
                                         *Walgreen Co. and Walgreens Boots Alliance, Inc.*

## CERTIFICATE OF SERVICE

I, Charles D. Zagnoli, hereby certify that the foregoing document was electronically filed on March 29, 2022, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

*/s/ Charles D. Zagnoli*

Charles D. Zagnoli
**ROPES & GRAY LLP**
191 North Wacker Drive
32nd Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5562
Charles.Zagnoli@ropesgray.com

*Attorney for Defendants / Third-Party Plaintiffs*
*Walgreen Co. and Walgreens Boots Alliance, Inc.*