IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BCBSM, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>WALGREEN CO. AND WALGREENS BOOTS ALLIANCE, INC.,<br><br>*Defendants.* | Case No. 1:20-cv-01853<br><br>Honorable Virginia M. Kendall<br>Honorable Sheila M. Finnegan<br><br>**Motion to Withdraw as Counsel**<br><br>Consolidated with:<br><br>Case No. 1:20-cv-04738<br>Case No. 1:20-cv-03332<br>Case No. 1:20-cv-01929<br>Case No. 1:20-cv-04940 |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Northern District of Illinois Local Rule 83.17 and Illinois Rule of Professional Conduct 1.16, attorneys Thomas Connolly, Thomas Mason, and Jared Marx ("counsel from HWG") hereby move the Court to withdraw as local counsel of record in this matter. In support thereof, counsel from Harris, Wiltshire & Grannis state as follows:

1. Plaintiffs are represented by Crowell & Moring ("Crowell") in connection with their Complaint against defendants Walgreen Co. and Walgreens Boots Alliance, Inc. ("Defendants") (*See* Compl., Dkt. 1).

2. On July 30, 2021, counsel from Harris Wiltshire & Grannis LLP ("HWG") entered motions to appear pro hac vice on behalf of non-party Crowell and each of the Plaintiff entities (*see* Dkts. 154 and 155), which this Court granted on August 3, 2021 (Dkt. 162).

3. Counsel from Perkins Coie also entered appearances as local counsel on behalf of Plaintiffs and Crowell in this action. (*see*, Dkts. 156-157; 179-180.

- 2 -

4. Counsel from HWG and Perkins Coie subsequently filed a Motion for Qualification of Counsel and related pleadings on July 30, 2021 (*see*, Dkts. 158-161).

5. On August 3, 2021, Defendants filed a Motion to Strike the Plaintiffs' Motion for Qualification of Counsel (Dkt. 163), which this Court granted on February 9, 2022. (Dkt. 217).

6. HWG's and Perkins Coie's representation in this matter was limited to the Motion for Qualification of Counsel, which is now resolved. Plaintiffs will continue to be represented by counsel from Crowell for the purposes of their Complaint, and Plaintiffs have retained counsel at Holland & Knight to represent them in connection with Defendants' Counterclaim (*see*, Dkt. 225).

7. The withdrawal of HWG and Perkins Coie can be accomplished without material adverse effect on the interests of Plaintiffs and non-party Crowell, who consent to this Motion.

8. Counsel for Defendants has been consulted regarding this Motion and Defendants do not oppose the withdrawal of HWG and Perkins Coie.

9. Accordingly, counsel from Perkins Coie moves for leave to withdraw as local counsel of record in this action for Plaintiffs and non-party Crowell. Concurrently with this Motion, HWG will move to withdraw as counsel of record, as well.

10. In compliance with the Court's Second Amended General Order 21-0027, counsel has not noticed this motion for presentment.

WHEREFORE, Attorneys Thomas Connolly, Thomas Mason, and Jared Marx respectfully request that their Motion to Withdraw as Counsel be granted.

- 3 -

Dated: April 1, 2022

Respectfully Submitted,

/s/ Jared Paul Marx
Thomas B. Mason (*pro hac vice*)
Thomas G. Connolly (*pro hac vice*)
Jared Marx (*pro hac vice*)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, Eighth Floor
Washington, DC 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301
tmason@hwglaw.com
tconnolly@hwglaw.com
jmarx@hwglaw.com
**Counsel for Plaintiffs and non-party Crowell & Moring LLP**