**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BCBSM, INC., *et al.*, | Case No. 1:20-cv-01853 |
|     *Plaintiffs/Counter-Defendants,* | Honorable Virginia M. Kendall<br>Honorable Sheila M. Finnegan |
| v. | **Motion to Sever and Stay Counterclaim** |
| WALGREEN CO. AND WALGREENS<br>BOOTS ALLIANCE, INC., | Consolidated with: |
|     *Defendants/Counter-Plaintiffs.* | Case No. 1:20-cv-04738<br>Case No. 1:20-cv-03332<br>Case No. 1:20-cv-01929<br>Case No. 1:20-cv-04940 |

Pursuant to Rule 21 of the Federal Rules of Civil Procedure and the Court's inherent power to stay proceedings before it and for the reasons set forth in the Memorandum in Support of Plaintiffs' Motion to Sever and Stay Counterclaim, Plaintiffs respectfully move this Court to sever Defendants' Counterclaim from Plaintiffs' main claim and stay the Counterclaim until the resolution of both: (1) the Plaintiffs' main claims in the above-captioned litigation; and (2) *Walgreen Co. v. Crowell & Moring LLP*, Case No. 2021 CA 000861 B, pending in the D.C. Superior Court.

WHEREFORE, Plaintiffs respectfully request that this Court sever Defendants' Counterclaim from Plaintiffs' main claim, stay the former until resolution of both the Plaintiffs' main claim and the related litigation in D.C. Superior Court, and grant such other further relief as this Court deems just and proper.

DATE: June 7, 2022                                    Respectfully Submitted,


Of Counsel:                                           By: */s/ Trisha M. Rich*

Peter R. Jarvis                                            Trisha M. Rich (IL Bar No. 6288544)
Holland & Knight LLP                                      Holland & Knight LLP
601 SW Second Avenue                                      150 N Riverside Plaza
Suite 1800                                                Suite 2700
Portland, OR 97204                                        Chicago, IL 60606
(503) 243-5877                                            (312) 263-3600
peter.jarvis@hklaw.com                                   trisha.rich@hklaw.com
*admitted pro hac vice*                                   *Counsel for Plaintiffs*

Timothy J. Conner
Holland & Knight LLP
50 N Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-7362
timothy.conner@hklaw.com
*admitted pro hac vice*

Brenton H. Cooper
Holland & Knight LLP
315 S Calhoun Street
Suite 600
Tallahassee, FL 32301
(850) 425-5613
brent.cooper@hklaw.com
*admitted pro hac vice*