IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BCBSM, INC.**, *et al.*, <br><br> *Plaintiffs / Counter-Defendants*, <br><br> v. <br><br> **WALGREEN CO.**, *et al.*, <br><br> *Defendants / Counterclaimants*. | Case No. 1:20-cv-01853 <br><br> Honorable Virginia M. Kendall <br> Honorable Sheila M. Finnegan <br><br> *Consolidated with*: <br> No. 1:20-cv-01929 <br> No. 1:20-cv-03332 <br> No. 1:20-cv-04738 <br> No. 1:20-cv-04940 <br> No. 1:22-cv-01362 |
| **WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.**, <br><br> *Third-Party Plaintiffs*, <br><br> v. <br><br> **PRIME THERAPEUTICS LLC,** <br><br> *Third-Party Defendant*. | |

**DEFENDANTS' UNOPPOSED MOTION TO COORDINATE AND EXPAND THE TIME FOR BRIEFING ON TWO MOTIONS TO SEVER CLAIMS (DKT 285 & 289)**

Defendants Walgreen Co. and Walgreens Boots Alliance, Inc. (collectively, "Defendants"), through their undersigned attorneys, respectfully move the Court to coordinate the briefing and expand the briefing schedules for two distinct pending motions brought by different groups of Plaintiffs: (1) Plaintiffs CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Blue Cross and Blue Shield of South Carolina and BlueChoice HealthPlan of South Carolina, Inc.; Louisiana Health Service & Indemnity Company d/b/a/ Blue Cross and Blue Shield of Louisiana; and HMO Louisiana, Inc.'s

1

(collectively, the "*CareFirst* Plaintiffs") Motion for Leave to Sever and Amend the Underlying Actions and Response to Defendants' Motion to Dismiss [Dkt. 289], and (2) the original Plaintiffs' ("Original Plaintiffs") Motion to Sever and Stay the Counterclaim [Dkt. 285], who are represented by Crowell & Moring and Holland & Knight.  <u>Defendants respectfully request, pursuant to Federal Rule of Civil Procedure 6(b), that the Court (a) reset the deadline for Defendants to file **oppositions** to both motions **by July 7, 2022**, and (b) set a deadline for Plaintiffs to file **replies** supporting the motions **by July 21, 2022**</u>.

In support of this motion, Defendants rely on all pleadings and papers of record to date and further state:

**I.   BACKGROUND**

    **A.   *CareFirst* Plaintiffs' Motion for Leave to Sever and Amend the Complaint and Response to Defendants' Motion to Dismiss**

1.   The recently-added *CareFirst* Plaintiffs filed their complaint against Defendants on March 15, 2022, in the matter captioned *CareFirst of Maryland, Inc., et al. v. Walgreen Co., et al.*, No. 1:22-cv-1362 (N.D. Ill.) [No. 1:22-cv-1362, Dkt. 1].  The *CareFirst* Plaintiffs' current complaint asserts substantially the same claims and factual allegations as those asserted by earlier Plaintiffs in this case, No. 1:20-cv-1853.

2.   On March 31, 2022, the *CareFirst* Plaintiffs moved to consolidate their case, No. 1:22-cv-1362, with this case, No. 1:20-cv-1853 [Dkt. 243].  The Court granted the motion on April 11, 2022 [*see* Dkt. 251, 272].

3.   On May 16, 2022, Defendants moved to dismiss the *CareFirst* Plaintiffs' complaint for lack of federal subject matter jurisdiction [Dkt. 267].  Defendants argue that one of the *CareFirst* Plaintiffs—Group Hospitalization and Medical Services, Inc. ("GHMSI")—is a

federally chartered corporation that is "stateless" as a matter of law and thus non-diverse, negating the only basis for the Court's jurisdiction asserted in the *CareFirst* Plaintiffs' pleading.

4. On June 9, 2022, the *CareFirst* Plaintiffs filed a Response to Defendants' Motion to Dismiss and Motion for Leave to Sever and Amend the Underlying Actions [Dkt. 289]. The *CareFirst* Plaintiffs ask the Court to sever No. 1:22-cv-1362 into two separate cases: one brought by the *CareFirst* Plaintiffs located in South Carolina and Louisiana, and another brought by the remaining *CareFirst* Plaintiffs. The *CareFirst* Plaintiffs also request leave to file two new complaints: one for the South Carolina and Louisiana Plaintiffs asserting substantially the same claims and allegations as the operative complaint in No. 1:20-cv-1853, and another for the remaining *CareFirst* Plaintiffs adding new claims under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, *et seq*. The *CareFirst* Plaintiffs suggest that the two cases should then be *reconsolidated* with No. 1:20-cv-1853 for pretrial purposes [*see* Dkt. 289 at 2 n.1]. Defendants oppose the requested relief.

5. On June 13, 2022, the Court set a deadline of June 27, 2022, for Defendants to respond to the *CareFirst* Plaintiffs' motion for leave to sever and amend, and a deadline of July 6, 2022, for the *CareFirst* Plaintiffs to file any reply [Dkt. 290].

    **B.**    **Original Plaintiffs' Motion to Sever and Stay the Counterclaim**

6. On July 26, 2021, Defendant Walgreen Co. filed a counterclaim against the Original Plaintiffs [Dkt. 148]. The counterclaim asserts that the Original Plaintiffs have aided and abetted breaches, by their counsel at Crowell & Moring LLP, of Crowell's fiduciary duties to Walgreen Co., Crowell's former client.

7. On September 7, 2021, Original Plaintiffs / Counter-Defendants filed a motion to dismiss the counterclaim [Dkt. 187].

8. The Court denied Original Plaintiffs' motion to dismiss on February 9, 2022 [Dkt. 217].

9. On June 7, 2022, Original Plaintiffs filed their Motion to Sever and Stay the Counterclaim [Dkt. 285]. Defendants object to the requested relief.

10. On June 9, 2022, the Court set a deadline of June 23, 2022, for Defendants to respond to Original Plaintiffs' motion to sever, and a deadline of June 30, 2022, for Original Plaintiffs to file any replies supporting their motion [Dkt. 288].

## II. REQUEST FOR RELIEF

11. Defendants respectfully request that the Court coordinate and reset their deadlines to respond to Plaintiffs' two motions to sever [Dkt. 285, 289] to July 7, 2022.

12. Defendants also respectfully request that the Court set Plaintiffs' deadline to file any replies supporting their motions to July 21, 2022.

13. Defendants request this extension in part due to the current travel and pretrial schedule of Jeffrey Bushofsky, lead defense counsel in the case. Bushofsky represents one of the main defendants in the *In re Willowbrook Ethylene Oxide (Sterigenics)* mass tort litigation, pending in the Circuit Court of Cook County. The bellwether case in that matter is in final pretrial proceedings and set to begin trial on July 19. The other senior litigator representing Defendants, Charles Zagnoli, just completed a trial in Texas this week and can now turn to Plaintiffs' motions.

14. Counsel for the parties conferred by email regarding the substance of this Motion. Plaintiffs (including the Original Plaintiffs and *CareFirst* Plaintiffs) do not oppose the relief requested herein.

4

15. Defendants request this relief in good faith, for good cause, in the interest of justice, and not for an impermissible purpose or delay.

16. This Motion represents Defendants' first request for an extension of their response deadlines.

17. In compliance with the Court's Third Amended General Order 21-0027, which suspends Local Rule 5.3(b), Defendants have not noticed this motion for presentment.

WHEREFORE, Defendants respectfully request that the Court enter an order:

a. Resetting Defendants' deadline to respond to the *CareFirst* Plaintiffs' Motion for Leave to Sever and Amend the Underlying Actions [Dkt. 289] to July 7, 2022;

b. Setting the *CareFirst* Plaintiffs' deadline to file any reply supporting their Motion for Leave to Sever and Amend the Underlying Actions [Dkt. 289] to July 21, 2022;

c. Resetting Defendants' deadline to respond to Original Plaintiffs' Motion to Sever and Stay the Counterclaim [Dkt. 285] to July 7, 2022;

d. Setting Original Plaintiffs' deadline to file any replies supporting their Motion to Sever and Stay the Counterclaim [Dkt. 285] to July 21, 2022; and

e. Granting such other and further relief as this Court deems just and proper.

Dated: June 16, 2022 Respectfully submitted,

By:    /s/ *Jeffrey J. Bushofsky*

Laura G. Hoey
Jeffrey J. Bushofsky
Charles D. Zagnoli
ROPES & GRAY LLP
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Laura.Hoey@ropesgray.com
Jeffrey.Bushofsky@ropesgray.com
Charles.Zagnoli@ropesgray.com

*Attorney for Defendant / Counterclaimant Walgreen Co. & Defendant Walgreens Boots Alliance, Inc.*

## CERTIFICATE OF SERVICE

I, Charles D. Zagnoli, hereby certify that the foregoing document was electronically filed on June 16, 2022, and will be served electronically via the Court's ECF Notice system upon all registered counsel of record.

    /s/ *Charles D. Zagnoli*
Charles D. Zagnoli
ROPES & GRAY LLP
191 N. Wacker Dr.
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Charles.Zagnoli@ropesgray.com

*Attorney for Defendant / Counterclaimant Walgreen Co. & Defendant Walgreens Boots Alliance, Inc.*