### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BCBSM, INC., et al.<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>*Defendants/Counter-Plaintiffs*. | Case No. 1:20-cv-01853<br><br>Honorable Virginia M. Kendall<br>Honorable Sheila M. Finnegan<br><br>Related Cases:<br>Case No. 1:20-cv-04738<br>Case No. 1:20-cv-03332<br>Case No. 1:20-cv-01929<br>Case No. 1:20-cv-04940<br>Case No. 1:22-cv-01362 |
| WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.,<br><br>*Third-Party Plaintiffs*,<br><br>v.<br><br>PRIME THERAPEUTICS LLC,<br><br>*Third-Party Defendant*. | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 27, 2022 Order (ECF No. 295), the Initial Plaintiffs/Counter-Defendants[1], the Additional Plaintiffs[2], Defendant/Counter-Plaintiff Walgreen Co. and Defendant Walgreens Boots Alliance, Inc., and Third-Party Defendant Prime Therapeutics LLC ("Prime"), through their respective counsel, respectfully submit the following Joint Status Report.

## I. The Current Deadlines Imposed by the Court and Whether the Matter Has Been Referred to the Magistrate Judge in Any Fashion

### A. Deadline for the Close of Fact Discovery

By order dated April 25, 2022 (ECF Nos. 255 and 256), fact discovery is set to close on October 28, 2022.

### B. Referral to Magistrate Judge

On April 11, 2022, the Court referred this case to Magistrate Judge Sheila Finnegan for general discovery supervision. (ECF No. 252).

### C. Expert Discovery

By order dated April 25, 2022 (ECF Nos. 255 and 256), expert discovery is currently

---

[1] BCBSM, Inc. (d/b/a Blue Cross and Blue shield of Minnesota); HMO Minnesota (d/b/a Blue Plus); Health Options, Inc. (d/b/a Florida Blue HMO); Blue Cross and Blue Shield of North Carolina; Blue Cross Blue Shield of North Dakota; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue); Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.; Wellmark, Inc. (d/b/a Wellmark Blue Cross and Blue Shield and d/b/a Wellmark Blue Cross and Blue Shield of Iowa); Wellmark of South Dakota, Inc. (d/b/a Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark Health Plan of Iowa, Inc.; Wellmark Synergy Health, Inc.; Wellmark Value Health Plan, Inc.; Blue Cross and Blue Shield of Arizona, Inc. (d/b/a Blue Cross Blue Shield of Arizona and d/b/a AZBLUE); Asuris Northwest Health; Blue Cross and Blue Shield of Kansas City, Inc.; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho, Inc.; Regence BlueCross and BlueShield of Oregon; Regence BlueCross and BlueShield of Utah; Regence BlueShield; HealthNow New York, Inc.; BlueCross BlueShield of Western New York, Inc. (f/k/a Blue Cross of Western New York); BlueShield of Northeastern New York; Horizon Healthcare Services, Inc. (d/b/a Horizon Blue Cross Blue Shield of New Jersey); and Horizon Healthcare of New Jersey, Inc. (d/b/a Horizon NJ Health).

[2] CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Blue Cross and Blue Shield of South Carolina; BlueChoice HealthPlan of South Carolina, Inc.; Louisiana Health Service & Indemnity Company, d/b/a/ Blue Cross and Blue Shield of Louisiana, and HMO Louisiana, Inc.

1

governed by the following deadlines:

- December 9, 2022 – Opening expert reports due
- January 17, 2022 – Rebuttal expert reports due
- February 27, 2023 – Close of expert discovery

## II. The Progress of Discovery

### A. Document Production and Written Interrogatories

As reported in the June 24, 2022 Joint Status Report, the parties are currently engaged in written discovery and continue to produce documents and respond to written discovery requests. The parties have continued to engage in a largely productive dialogue regarding ongoing discovery obligations and have exchanged letters over the course of the past several months and weeks outlining concerns and expectations in this regard. The parties will continue to meet and confer regarding any discovery disputes.

### B. Depositions of the Parties and Their Former and Current Employees

The parties have not yet taken any depositions. Plaintiffs noticed the depositions of two Walgreens witnesses (a current employee and a former employee) on June 10, 2022. To date, Walgreens has not provided dates of availability for these two witnesses; however, Walgreens is working to provide a date in late August for the witness still employed by Walgreens and is attempting to contact the other witness, whom counsel is informed no longer works at the company. Plaintiffs have also subpoenaed the deposition of one former Walgreens employee and are working with counsel for the witness to confirm a date for the deposition.

### C. Parties' Positions on Discovery Schedule

***Initial Plaintiffs/Counter-Defendants' Position.*** The Initial Plaintiffs/Counter-Defendants anticipate all fact discovery will be completed by the scheduled deadline. The Initial Plaintiffs/Counter-Defendants note that they have produced 3,962 documents to date and intend to

produce approximately 13,500 more documents within the next two weeks. Additionally, the Initial Plaintiffs/Counter-Defendants have collected and run analytical search terms for over 3,033,940 documents, have trained and applied a Continuous Active Learning model on over 2,944,145 documents, and have performed a manual review of 103,384 documents for responsiveness to Defendants' discovery requests. The Initial Plaintiffs/Counter-Defendants have put exceptional care into collecting and reviewing documents to ensure that the documents produced are truly responsive, and will continue to do so.

***Additional Plaintiffs' Position.*** The Additional Plaintiffs incorporate by reference their comments in the prior discovery status report. In particular the Additional Plaintiffs request a direction from the Court that the Additional Plaintiffs and Defendants should be conducting discovery, notwithstanding their pending motions and the Defendants' attempt to impose a stay of discovery unilaterally.

***Defendants' Position.***

Defendants continue to believe that the current discovery schedule will likely need to be extended, for the reasons explained by Defendants in the joint status report filed on June 24, 2022 [Dkt. 294] ("June 24 Status Report"). But Defendants also believe that the parties will be well-served to further pursue ongoing discovery efforts in the coming weeks, before discussing any extension with the Court. The parties are working through certain outstanding discovery issues and requests, and the outcome of those conversations and other ongoing discovery efforts likely will influence the extent of any needed discovery schedule extension.

As to the Additional Plaintiffs' request for "a direction" that they and Defendants should engage in discovery on the Additional Plaintiffs' claims, Defendants oppose this request for the reasons explained in the June 24 Status Report, which Defendants incorporate by reference. *See*

3

Dkt. 294 at 3-5. In particular, Defendants note the Court's prior instructions at the July 16, 2020, hearing in this matter, quoted in the June 24 Status Report, and Defendants' pending motion to dismiss the Additional Plaintiffs' complaint for lack of subject matter jurisdiction. *See id.* at 4, *quoting* 7/16/20 Hrg. Tr. at 13:7-8 ("You shouldn't do any discovery if we have a discussion—a dispute, rather, regarding jurisdiction."), 14:16-18 ("I normally do not go forward with discovery when we have any kind of motion to dismiss for jurisdictional purposes.").

**_Third-Party Defendant, Prime's Position._** Prime is not presently seeking any change to the discovery schedule.

### III. Other Third-Party Discovery

The Initial Plaintiffs/Counter-Defendants have issued subpoenas to the following third-party entities:

- National Council of Prescription Drug Programs, Inc.
- Pharmaceutical Care Management Association
- Costco Wholesale Corporation
- The Kroger Co.
- Elixir Rx Solutions, LLC
- GoodRx Holdings, Inc.
- Klix, LLC d/b/a Easy Drug Card
- Towers Administrators LLC d/b/a SingleCare Administrators
- NeedyMeds, Inc.
- U.S. Pharmacy Card, LLC
- Discount Drug Network, LLC
- Texas Health and Human Services

4

- Oregon Health Authority
- Connecticut Department of Social Services

The Additional Plaintiffs have issued subpoenas to the following third-party entities:

- Caremark, LLC
- Express Scripts, Inc.
- OptumRx, Inc.

Defendants/Counter-Plaintiff have issued subpoenas to the following third-party entities:

- Bretta Grinsteinner
- Blue Cross Blue Shield Association
- Caremark, L.L.C.
- Express Scripts, Inc.
- MedImpact Healthcare Systems, Inc.
- OptumRx, Inc.
- Preferred Care Services, Inc.
- EPIC Pharmacy Network, Inc.

### IV. The Status of Discovery Motions

The parties have not filed any discovery motions to date.

### V. Whether the Parties Have Engaged or Are Engaging in Settlement Discussions

The parties have not engaged in settlement discussions.

### VI. Whether the Parties Believe a Telephonic Hearing or In-Person Hearing Is Necessary Within the Next 60 Days

Pursuant to the Court's May 25, 2022, Order (ECF No. 276), the parties shall continue to provide joint status reports at 30-day intervals. Subject to the Court's approval, the parties will

file the next status report by August 24, 2022. The parties do not believe a status hearing regarding discovery is needed at this time.

Dated: July 25, 2022

Respectfully submitted,

By: */s/ Kelly H. Hibbert*

Kent A. Gardiner (D.C. Bar No. 432081)*
Stephen J. McBrady (D.C. Bar No. 978847)*
Kelly H. Hibbert (D.C. Bar No. 1006010)*
Justin D. Kingsolver (N.D. Ill. Bar No. 6320926)
**CROWELL & MORING LLP**
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
KGardiner@crowell.com
SMcBrady@crowell.com
KHibbert@crowell.com
JKingsolver@crowell.com

David L. Applegate (IL Bar# 3122573)
**WILLIAMS & JOHN LTD.**
Suite 6800 Willis Tower 233 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
dla@willjohnlaw.com

*Attorneys for Initial Plaintiffs/Counter-Defendants*

Trisha M. Rich (IL Bar No. 6288544)
**Holland & Knight LLP**
150 N Riverside Plaza
Suite 2700
Chicago, IL 60606
Telephone: (312) 263-3600
trisha.rich@hklaw.com

Peter R. Jarvis
**Holland & Knight LLP**
601 SW Second Avenue
Suite 1800
Portland, OR 97204
Telephone: (503) 243-5877
Peter.jarvis@hklaw.com

Samera Syeda Ludwig
**L&G LAW GROUP LLP**
175 West Jackson Blvd, Suite 950
Chicago, Illinois 60604
Tel: (312) 364-2500
Fax: (312) 364-1003
sludwig@lgcounsel.com

*Attorneys for the Initial Plaintiffs/Counter-Defendants*

Timothy J. Conner
**Holland & Knight LLP**
50 N Laura Street
Suite 3900
Jacksonville, FL 32202
Telephone: (904) 798-7362
Timothy.conner@hklaw.com

* Admitted pro hac vice

7

By: */s/ Jeffrey J. Bushofsky*

Laura G. Hoey
Jeffrey J. Bushofsky
Charles D. Zagnoli
**ROPES & GRAY LLP**
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Laura.Hoey@ropesgray.com
Jeffrey.Bushofsky@ropesgray.com
Charles.Zagnoli@ropesgray.com

*Attorneys for Defendants / Counter-Plaintiff*

By: */s/ Robert B. Gilmore*

Robert B. Gilmore (admitted *pro hac vice*)
Michael A. Petrino (*pro hac vice* forthcoming)
Kevin J. Attridge (*pro hac vice* forthcoming)
Susie Kim (*pro hac vice* forthcoming)
Megan Benevento (*pro hac vice* forthcoming)
**STEIN MITCHELL BEATO & MISSNER LLP**
901 15th Street, N.W., Suite 700
Washington, D.C. 20005
Tel: (202) 737-7777
Fax: (202) 296-8312
rgilmore@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com
skim@steinmitchell.com
mbenevento@steinmitchell.com

*Attorneys for the Additional Plaintiffs*

By: */s/ Robert J. Gilbertson*

**Forsgren Fisher McCalmont DeMarea Tysver LLP**
Robert J. Gilbertson
Virginia R. McCalmont
225 South Sixth Street, Suite 1750
Minneapolis, MN 55402
(612) 474-3300
bgilbertson@forsgrenfisher.com
vmccalmont@forsgrenfisher.com

*Attorneys for Third-Party Defendant Prime Therapeutics LLC*

**SALVATORE PRESCOTT PORTER & PORTER, PLLC**
Andrew C. Porter
Andrea L. Evans
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
aporter@sppplaw.com
evans@sppplaw.com

*Attorneys for Third-Party Defendant Prime Therapeutics LLC*

**CERTIFICATE OF SERVICE**

      I, Philip P. Ehrlich, an attorney authorized to practice before this Court, hereby certify that the foregoing Join Status Report was electronically filed on July 25, 2022, and will be served electronically via the Court's ECF Notice system upon the registered parties and counsel of record.

Dated: July 25, 2022                                       */s/ Philip P. Ehrlich*