# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BCBSM, INC., *et al.*,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.,<br><br>    *Defendants/Counter-Plaintiff.* | Case No. 1:20-cv-01853<br><br><br>Honorable Virginia M. Kendall<br>Honorable Sheila M. Finnegan<br><br>Related Cases:<br>Case No. 1:20-cv-04738<br>Case No. 1:20-cv-03332<br>Case No. 1:20-cv-01929<br>Case No. 1:20-cv-04940<br>Case No. 1:22-cv-01362 |
| WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.,<br><br>    *Third-Party Plaintiffs*,<br><br>v.<br><br>PRIME THERAPEUTICS LLC,<br><br>    *Third-Party Defendant.* | |

# JOINT STATUS REPORT

Pursuant to the Court's September 15, 2022 Order (ECF No. 336), the Initial Plaintiffs / Counter-Defendants,[1] the Additional Plaintiffs,[2] Defendant / Counter-Plaintiff Walgreen Co. ("Walgreens") and Defendant Walgreens Boots Alliance, Inc. (together with Walgreens, "Defendants"), and Third-Party Defendant Prime Therapeutics LLC ("Prime"), through their respective counsel, respectfully submit the following Joint Status Report.

## I. The Current Deadlines Imposed by the Court and Whether the Matter Has Been Referred to the Magistrate Judge in Any Fashion

### A. Deadline for the Close of Fact Discovery

By order dated September 15, 2022 (ECF No. 336), fact discovery is currently set to close on April 28, 2023.

### B. Referral to Magistrate Judge

On April 11, 2022, the Court referred this case to Magistrate Judge Sheila Finnegan for general discovery supervision. (ECF No. 252.)

---

[1] BCBSM, Inc. (d/b/a Blue Cross and Blue shield of Minnesota); HMO Minnesota (d/b/a Blue Plus); Health Options, Inc. (d/b/a Florida Blue HMO); Blue Cross and Blue Shield of North Carolina; Blue Cross Blue Shield of North Dakota; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue); Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.; Wellmark, Inc. (d/b/a Wellmark Blue Cross and Blue Shield and d/b/a Wellmark Blue Cross and Blue Shield of Iowa); Wellmark of South Dakota, Inc. (d/b/a Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark Health Plan of Iowa, Inc.; Wellmark Synergy Health, Inc.; Wellmark Value Health Plan, Inc.; Blue Cross and Blue Shield of Arizona, Inc. (d/b/a Blue Cross Blue Shield of Arizona and d/b/a AZBLUE); Asuris Northwest Health; Blue Cross and Blue Shield of Kansas City, Inc.; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho, Inc.; Regence BlueCross and BlueShield of Oregon; Regence BlueCross and BlueShield of Utah; Regence BlueShield; HealthNow New York, Inc.; Highmark Western New York, Inc. (f/k/a Blue Cross of Western New York); Northeastern New York (f/k/a BlueShield of Northeastern New York); Horizon Healthcare Services, Inc. (d/b/a Horizon Blue Cross Blue Shield of New Jersey); and Horizon Healthcare of New Jersey, Inc. (d/b/a Horizon NJ Health).

[2] CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Blue Cross and Blue Shield of South Carolina; BlueChoice HealthPlan of South Carolina, Inc.; Louisiana Health Service & Indemnity Company, d/b/a/ Blue Cross and Blue Shield of Louisiana, and HMO Louisiana, Inc.

### C.      Expert Discovery

By order dated September 15, 2022 (ECF No. 336), expert discovery is currently governed by the following deadlines:

- June 9, 2023 – Opening expert reports due

- July 18, 2023 – Rebuttal expert reports due

- September 1, 2023 – Close of expert discovery

### D.      Proposed Pre-Trial Scheduling Order and Dispositive Motions

By order dated September 15, 2022 (ECF No. 336), the parties are to submit a proposed pre-trial scheduling order, including deadlines for dispositive and pre-trial motions, by September 8, 2023.

## II.     The Progress of Discovery

### A.      Document Production and Written Interrogatories

As reported in the September 12, 2022 Joint Status Report, the parties are currently engaged in written discovery and continue to produce documents and respond to written discovery requests.  The parties have continued to engage in a largely productive dialogue regarding ongoing discovery obligations and have exchanged letters over the course of the past several months and weeks outlining concerns and expectations in this regard.  There remain open disputes regarding the scope of certain written discovery, on which the parties continue to confer.

### B.      Depositions of the Parties and Their Former and Current Employees

Plaintiffs have taken depositions of two former Walgreens employees.  A deposition of one current Walgreens employee is scheduled for November 17, 2022.

The parties have discussed exchanging topic lists for corporate representative depositions and expect to agree to a deadline for the exchange this week.

### C. Parties' Positions on Discovery Schedule

**_Initial Plaintiffs/Counter-Defendants' Position_**.

The Initial Plaintiffs incorporate by reference their comments in prior discovery status reports. The Initial Plaintiffs anticipate completing all discovery by the dates currently proscribed in the schedule.

**_Additional Plaintiffs' Position._**

The Additional Plaintiffs incorporate by reference their comments in prior discovery status reports. The Additional Plaintiffs continue to object to Defendants' unwarranted attempt to stymie the Additional Plaintiffs' participation in discovery thus far through their unilateral declaration— without moving the Court for an order mandating the same—that discovery is stayed until the Court resolves the pending dispositive motions.

**_Defendants' Position_**.

Defendants believe that fact discovery can be completed within the current schedule provided that certain fundamental issues underlying Initial Plaintiffs' document productions can be resolved promptly and all Plaintiffs can complete their document productions with dispatch. Absent such a prompt resolution, Defendants anticipate needing to file a motion to compel for the Court's intervention in these matters such that Defendants can get sufficient document discovery with enough time to complete their depositions within the current schedule.

Defendants again incorporate by reference their response to the Additional Plaintiffs' assertion that Defendants are attempting to "stymie" the Additional Plaintiffs' participation in discovery. In particular, Defendants reiterate the Court's prior directive at the July 16, 2020, hearing in this matter, quoted in the June 24 Status Report, and note Defendants' pending motion to dismiss the Additional Plaintiffs' complaint for lack of subject matter jurisdiction. *See* Dkt. 294 at 4, *quoting* 7/16/20 Hrg. Tr. at 13:7-8 ("You shouldn't do any discovery if we have a discussion—

a dispute, rather, regarding jurisdiction."), 14:16-18 ("I normally do not go forward with discovery when we have any kind of motion to dismiss for jurisdictional purposes.").  Defendants' intend to follow Judge Kendall's instructions from the July 16, 2020 hearing.

***Third-Party Defendant, Prime's Position***.

Prime expects to complete all discovery within the dates in the current scheduling order.

**III.    Other Third-Party Discovery**

The Initial Plaintiffs/Counter-Defendants have issued subpoenas to the following third-party entities:

- National Council of Prescription Drug Programs, Inc.

- Pharmaceutical Care Management Association

- Costco Wholesale Corporation

- The Kroger Co.

- Elixir Rx Solutions, LLC

- GoodRx Holdings, Inc.

- Klix, LLC d/b/a Easy Drug Card

- Towers Administrators LLC d/b/a SingleCare Administrators

- NeedyMeds, Inc.

- U.S. Pharmacy Card, LLC

- Discount Drug Network, LLC

- Texas Health and Human Services

- Oregon Health Authority

- Connecticut Department of Social Services

The Additional Plaintiffs have issued subpoenas to the following third-party entities:

- Caremark, LLC

- Express Scripts, Inc.

- OptumRx, Inc.

- Walmart, Inc.

- Target Corporation

- WAGDCO, LLC

- MedImpact Healthcare Systems, Inc.

- Envolve Pharmacy Solutions Pharmacy Solutions, Inc.

- Leehar Distributors, LLC

- Medical Security Card Company, LLC

Defendants / Counter-Plaintiff have issued subpoenas to the following third parties:

- Bretta Grinsteinner

- Blue Cross Blue Shield Association

- Caremark, LLC

- Express Scripts, Inc.

- MedImpact Healthcare Systems, Inc.

- OptumRx, Inc.

- Preferred Care Services, Inc.

- EPIC Pharmacy Network, Inc.

- Health Mart Atlas, LLC

- Wholesale Alliance, LLC

**IV.     The Status of Discovery Motions**

The parties have not filed any discovery motions to date. However, the Initial Plaintiffs and Additional Plaintiffs intend this week to move to compel the production of certain documents recently clawed back by Walgreens based on a claim of privilege or protection.

**V.     Whether the Parties Have Engaged or Are Engaging in Settlement Discussions**

The parties have not engaged in settlement discussions.

**VI.    Whether the Parties Believe a Telephonic Hearing or In-Person Hearing Is Necessary Within the Next 60 Days**

In the event that any party files a motion to compel, the parties anticipate a need for a hearing to resolve any such motion(s). Absent such a motion, the parties do not anticipate the need for a hearing within the next 60 days. Pursuant to the Court's May 25, 2022, Order (ECF No. 276), the parties shall continue to provide joint status reports at 30-day intervals. Subject to the Court's approval, the parties will file the next status report by November 18, 2022.

Dated: October 18, 2022

Respectfully submitted,

By: */s/ Kelly H. Hibbert*

David L. Applegate (IL Bar# 3122573)
Brigid E. Kennedy (IL Bar # 6201446
**WILLIAMS & JOHN LTD.**
Suite 6800 Willis Tower233 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
dla@willjohnlaw.com

Kent A. Gardiner (D.C. Bar No. 432081)*
Stephen J. McBrady (D.C. Bar No. 978847)*
Kelly H. Hibbert (D.C. Bar No. 1006010)*
Justin D. Kingsolver (N.D. Ill. Bar No. 6320926)
**CROWELL & MORING LLP**
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
KGardiner@crowell.com
SMcBrady@crowell.com
KHibbert@crowell.com
JKingsolver@crowell.com

Trisha M. Rich (IL Bar No. 6288544)
**Holland & Knight LLP**
150 N Riverside Plaza
Suite 2700
Chicago, IL 60606
Telephone: (312) 263-3600
trisha.rich@hklaw.com

Peter R. Jarvis
**Holland & Knight LLP**
601 SW Second Avenue
Suite 1800
Portland, OR 97204
Telephone: (503) 243-5877
Peter.jarvis@hklaw.com

Timothy J. Conner
**Holland & Knight LLP**
50 N Laura Street
Suite 3900
Jacksonville, FL 32202
Telephone: (904) 798-7362
Timothy.conner@hklaw.com

* Admitted pro hac vice

*Attorneys for Initial Plaintiffs / Counter-Defendants*

7

By: */s/ Timothy R. Farrell*                  

Laura G. Hoey
Jeffrey J. Bushofsky
Timothy R. Farrell
Charles D. Zagnoli
**ROPES & GRAY LLP**
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Laura.Hoey@ropesgray.com
Jeffrey.Bushofsky@ropesgray.com
Timothy.Farrell@ropesgray.com
Charles.Zagnoli@ropesgray.com

*Attorneys for Defendants / Counter-Plaintiff*

By: */s/ Robert B. Gilmore*                

Robert B. Gilmore (admitted *pro hac vice*)
Michael A. Petrino (*pro hac vice* forthcoming)
Kevin J. Attridge (*pro hac vice* forthcoming)
Susie Kim (*pro hac vice* forthcoming)
Megan Benevento (*pro hac vice* forthcoming)
**STEIN MITCHELL BEATO & MISSNER
LLP**
901 15th Street, N.W., Suite 700
Washington, D.C. 20005
Tel: (202) 737-7777
Fax: (202) 296-8312
rgilmore@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com
skim@steinmitchell.com
mbenevento@steinmitchell.com

Samera Syeda Ludwig
**L&G LAW GROUP LLP**
175 West Jackson Blvd, Suite 950
Chicago, Illinois 60604
Tel: (312) 364-2500
Fax: (312) 364-1003
sludwig@lgcounsel.com

*Attorneys for the Additional Plaintiffs*

By: */s/ Robert J. Gilbertson*              

**Forsgren Fisher McCalmont DeMarea
Tysver LLP**
Robert J. Gilbertson
Virginia R. McCalmont
225 South Sixth Street, Suite 1750
Minneapolis, MN 55402
(612) 474-3300
bgilbertson@forsgrenfisher.com
vmccalmont@forsgrenfisher.com

**SALVATORE PRESCOTT PORTER &
PORTER, PLLC**
Andrew C. Porter
Andrea L. Evans
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
aporter@sppplaw.com
evans@spppaw.com

*Attorneys for Third-Party Defendant Prime
Therapeutics LLC*

8

## <u>CERTIFICATE OF SERVICE</u>

I, Charles D. Zagnoli, an attorney authorized to practice before this Court, hereby certify that the foregoing Join Status Report was electronically filed on October 18, 2022, and will be served electronically via the Court's ECF Notice system upon the registered parties and counsel of record.

*/s/ Charles D. Zagnoli*
Charles D. Zagnoli
**ROPES & GRAY LLP**
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Charles.Zagnoli@ropesgray.com