# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

BCBSM, Inc., et al.

                              Plaintiff,

v.                                                      Case No.: 1:20−cv−01853
                                                              Honorable Virginia M. Kendall

Asuris Northwest Health, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 1, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Third Party Defendant Omedarx, Inc.'s Unopposed Motion for extension of time to answer to Third Party Complaint [345] is granted. Answer shall be filed by 11/18/2022. Status hearing is reset for 12/6/2022 at 9:15 AM. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)−479−3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear telephonically. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.