# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **BCBSM, INC.**, *et al.*, | ) | Case No. 1:20-cv-01853 |
| | ) | |
| | ) | Honorable Virginia M. Kendall |
| *Plaintiffs / Counter-Defendants*, | ) | Honorable Sheila M. Finnegan |
| | ) | |
| v. | ) | *Consolidated with*: |
| | ) | No. 1:20-cv-01929 |
| **WALGREEN CO.**, *et al.*, | ) | No. 1:20-cv-03332 |
| | ) | No. 1:20-cv-04738 |
| *Defendants / Counterclaimant.* | ) | No. 1:20-cv-04940 |
| | ) | No. 1:22-cv-01362 |
| | ) | |

| | |
|---|---|
| **WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.,** | ) ) ) |
| *Third-Party Plaintiffs*, | ) ) |
| v. | ) ) |
| **PRIME THERAPEUTICS LLC, & OMEDARX, INC.,** | ) ) ) |
| *Third-Party Defendants*. | ) ) |

**Defendants Walgreen Co.'s & Walgreens Boots Alliance, Inc.'s
Motion for Leave to File Memorandum and Certain Declaration Exhibits Under Seal**

Pursuant to Local Rules 5.8 and 26.2, Defendants Walgreen Co. and Walgreens Boots Alliance, Inc. (together "Walgreens") respectfully move the Court for entry of an order permitting Defendants to file Defendants' Memorandum in Support of Defendants' Motion to Compel Plaintiffs' Document Discovery and Related Metrics (the "Memorandum") under seal. Defendants further move the court for entry of an order permitting it to file certain exhibits to the Declaration of Charles D. Zagnoli in Support of Defendants' Motion to Compel Plaintiffs' Document Discovery and Related Metrics (the "Declaration") under seal.

In support of this motion, Defendants rely upon all pleadings and papers of record to date and further state:

1. At the commencement of discovery in this case, the parties jointly moved for the entry of a protective order, which the Court signed and entered on May 5, 2021. (ECF No. 136.) The Order "does not, by itself, authorize the filing of any document under seal," but permits "[a]ny party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court" to move for leave to do so pursuant to L.R. 26.2. *Id.*

2. The Memorandum cites to and directly quotes four documents produced by Plaintiffs in this action that Plaintiffs have designated as Confidential Information. Defendants have affixed all four documents in full, including attachments to those documents, as Exhibits 19, 20, 21, and 22 to the Declaration.

3. To preserve the confidentiality of those documents until such time as a court may rule otherwise, Defendants seek leave to file the Memorandum with those quotations and descriptions under seal and to file Exhibits 19, 20, 21, and 22 to the Declaration under seal.

4. Defendants also attach as Exhibit 26 to the Declaration and discuss in the Memorandum a letter from Plaintiffs' counsel Kelly Hightower Hibbert to Defendants' counsel Timothy R. Farrell dated December 16, 2022. In the letter, Ms. Hibbert reveals certain metrics concerning Plaintiffs' technology aided review (TAR) model, including Plaintiffs' "initial relevancy cut-off score." Plaintiffs' counsel has represented to Defendants' counsel that Plaintiffs consider these metrics to be confidential or proprietary.

5. Out of an abundance of caution and to preserve the confidentiality of those metrics as asserted by Plaintiffs until such time as a court may rule otherwise, Defendants seek leave to file the specific metrics contained within Exhibits 26 and the Memorandum under seal.

6. In accordance with Local Rule 26.2(c), Defendants have simultaneously and provisionally filed an unredacted version of the Memorandum, the Declaration, and Exhibits 19, 20, 21, 22, and 26 under seal. Defendants have also simultaneously filed a public-record version of the Memorandum with redactions, as well as a public-record version of the Declaration with redactions to Exhibit 26 and with Exhibits 19, 20, 21, and 22 omitted.

7. In compliance with the Court's Fifth Amended General Order 20-0027, Defendants have not noticed this motion for presentment.

8. Defendants' request for leave to file under seal is made in the interest of justice and not for the purpose of delay or obstruction.

9. Wherefore, Defendants respectfully request that the Court enter an Order:

    a. Granting Defendants leave to file Exhibits 19, 20, 21, and 22 to the Declaration of Charles D. Zagnoli in Support of Defendants' Motion to Compel Plaintiffs' Document Discovery and Related Metrics under seal;

    b. Granting Defendants leave to file Exhibit 26 to the Declaration of Charles D. Zagnoli in Support of Defendants' Motion to Compel Plaintiffs' Document Discovery and Related Metrics under seal;

    c. Granting Defendants leave to file Defendants' Memorandum in Support of Defendants' Motion to Compel Plaintiffs' Document Discovery and Related Metrics under seal; and

3

   d.  Granting such other and further relief as this Court deems just and proper.

Dated: December 21, 2022       Respectfully submitted,

                By:  /s/ *Jeffrey J. Bushofsky*

                Jeffrey J. Bushofsky
                Laura G. Hoey
                Timothy R. Farrell
                Charles D. Zagnoli
                ROPES & GRAY LLP
                191 N. Wacker Drive
                32nd Floor
                Chicago, IL 60606
                Telephone: (312) 845-1200
                Facsimile: (312) 845-5522
                Jeffrey.Bushofsky@ropesgray.com
                Laura.Hoey@ropesgray.com
                Timothy.Farrell@ropesgray.com
                Charles.Zagnoli@ropesgray.com

                *Attorneys for Defendant / Counterclaimant /*
                *Third-Party Plaintiff Walgreen Co. & Defendant /*
                *Third-Party Plaintiff Walgreens Boots Alliance,*
                *Inc.*

**Certificate of Service**

      I, Charles D. Zagnoli, hereby certify that the foregoing document was electronically filed on December 21, 2022, and will be served electronically via the Court's ECF Notice system upon all registered counsel of record.

                                                      /s/ *Charles D. Zagnoli*
                                               Charles D. Zagnoli
                                               ROPES & GRAY LLP
                                               191 N. Wacker Dr.
                                               32nd Floor
                                               Chicago, IL 60606
                                               Telephone: (312) 845-1200
                                               Facsimile: (312) 845-5522
                                               Charles.Zagnoli@ropesgray.com

                                               *Attorney for Defendant / Counterclaimant / Third-Party Plaintiff Walgreen Co. & Defendant / Third-Party Plaintiff Walgreens Boots Alliance, Inc.*