IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **BCBSM, INC.**, *et al.*, | ) | Case No. 1:20-cv-01853 |
| | ) | |
| | ) | Honorable Virginia M. Kendall |
| *Plaintiffs / Counter-Defendants*, | ) | Honorable Sheila M. Finnegan |
| | ) | |
| v. | ) | *Consolidated with*: |
| | ) | No. 1:20-cv-01929 |
| **WALGREEN CO.**, *et al.*, | ) | No. 1:20-cv-03332 |
| | ) | No. 1:20-cv-04738 |
| *Defendants / Counterclaimant*. | ) | No. 1:20-cv-04940 |
| | ) | No. 1:22-cv-01362 |
| | ) | |

| | |
|---|---|
| **WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.**, | ) ) ) |
| *Third-Party Plaintiffs*, | ) ) |
| v. | ) ) |
| **PRIME THERAPEUTICS LLC & OMEDARX, LLC**, | ) ) ) |
| *Third-Party Defendants*. | ) ) |

**DECLARATION OF CHARLES D. ZAGNOLI IN SUPPORT OF
DEFENDANTS' MOTION TO COMPEL
<u>PLAINTIFFS' DOCUMENT DISCOVERY AND RELATED METRICS</u>**

I, Charles D. Zagnoli, hereby declare, pursuant to 28 U.S.C. § 1746, that the following facts are true and accurate to the best of my knowledge and belief.

1. I am an attorney at Ropes & Gray LLP and counsel to Walgreen Co. and Walgreens Boots Alliance, Inc. (together with Walgreen Co., "Walgreens"). I am a member of the Illinois bar, and I am admitted to practice before the United States District Court for the Northern District of Illinois.

2. I submit this declaration with and in support of Defendants' Motion to Compel Plaintiffs' Discovery.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of Plaintiffs' Initial Disclosures served on March 19, 2021.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of Defendants' Rule 26(a)(1) Initial Disclosures served on March 19, 2021.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of a Memorandum sent by Defendants' Counsel to Plaintiffs' Counsel on October 14, 2021. Plaintiffs' counsel agreed to the initial search terms and custodians proposed by the Memorandum in an email sent October 18, 2021. In the year since, Walgreens has agreed to add two additional custodians and is discussing with Plaintiffs the possible addition of a third.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of a letter sent by Plaintiffs' counsel Kelly Hightower Hibbert to me on September 28, 2021.

7. Attached hereto as **Exhibit 5** is a true and accurate copy of Plaintiffs BCBSM, Inc. and HMO Minnesota, Inc.'s Objections and Responses to Defendants' First Set of Requests for Production of Documents Directed to BCBSM, Inc. and HMO Minnesota, Inc. served on July 13, 2021. These objections and responses are attached as an example of the objections and responses served on Walgreens by the other Plaintiffs.

8. Attached hereto as **Exhibit 6** is a true and accurate copy of Plaintiffs BCBSM, Inc. and HMO Minnesota's Objections and Responses to Defendants' Third Set of Interrogatories served on October 17, 2022. These objections and responses are attached as an example of the responses and objections served on Walgreens by the other Plaintiffs.

9. Attached hereto as **Exhibit 7** is a true and accurate copy of the Cambia Plaintiffs' Objections and Responses to Defendants' Third Set of Interrogatories Directed to Plaintiffs served on October 17, 2022. These objections and responses are attached as an example of the responses and objections served on Walgreens by the other Plaintiffs.

10. Attached hereto as **Exhibit 8** is a true and accurate copy of a table prepared by my firm's e-discovery team at defense counsel's direction, summarizing statistics related to Plaintiffs' and Defendants' respective document productions.

11. Attached hereto as **Exhibit 9** is a true and accurate copy of an email exchange between Ms. Hibbert and Mr. Bushofsky on March 16, 2022.

12. Attached hereto as **Exhibit 10** is a true and accurate copy of a letter sent by Mr. Bushofsky to Ms. Hibbert and Plaintiffs' counsel Michael Pine on July 19, 2022.

13. Attached hereto as **Exhibit 11** is a true and accurate copy of a letter sent by Ms. Hibbert to Mr. Bushofsky on August 4, 2022.

14. Attached hereto as **Exhibit 12** is a true and accurate copy of Defendants' Third Set of Interrogatories Directed to BCBSM, Inc. served on August 10, 2022. These interrogatories are attached as an example of the interrogatories served by Walgreens on all Plaintiffs.

15. Attached hereto as **Exhibit 13** is a true and accurate copy of a letter sent by Defendants' counsel Timothy R. Farrell to Ms. Hibbert and Mr. Pine on October 25, 2022.

16. Attached hereto as **Exhibit 14** is a true and accurate copy of a letter sent by Ms. Hibbert to Mr. Farrell on October 27, 2022.

17. Attached hereto as **Exhibit 15** is a true and accurate copy of an email sent by Ms. Hibbert to me on August 29, 2022.

18. Attached hereto as **Exhibit 16** is a true and accurate copy of a letter sent by Ms. Hibbert to me on October 14, 2022.

19. Attached hereto as **Exhibit 17** is a true and accurate copy of a letter sent by Mr. Bushofsky to Ms. Hibbert and Mr. Pine on September 20, 2022.

20. Attached hereto as **Exhibit 18** is a true and accurate copy of a letter sent by Mr. Farrell to Ms. Hibbert and Mr. Pine on November 17, 2022.

21. Attached hereto as **Exhibit 19** is a true and accurate copy of a document produced by Plaintiff Blue Cross Blue Shield of Kansas City bearing Bates numbers BCBSWAG_KC_00077904 through BCBSWAG_KC_00077921 produced on November 4, 2022 as part of Plaintiffs' production volume BCBSPlansWAG010.

22. Attached hereto as **Exhibit 20** is a true and accurate copy of a document produced by Plaintiff Blue Cross Blue Shield of North Carolina bearing Bates numbers BCBSWAG_NC_00144097 through BCBSWAG_NC_00144100 produced on December 9, 2022 as part of Plaintiffs' production volume BCBSPlansWAG013E.

23. Attached hereto as **Exhibit 21** is a true and accurate copy of a document produced by Plaintiff Blue Cross Blue Shield of Florida bearing Bates numbers BCBSWAG_FL_00036556 through BCBSWAG_FL_00036560 produced on November 4, 2022 as part of Plaintiffs' production volume BCBSPlansWAG010.

24. Attached hereto as **Exhibit 22** is a true and accurate copy of a document produced by Plaintiff Blue Cross Blue Shield of North Carolina bearing Bates numbers BCBSWAG_NC_00103826 through BCBSWAG_NC_00103827, as well as attachments thereto bearing Bates numbers BCBSWAG_NC_00103828 through BCBSWAG_NC_00103837, produced on November 7, 2022 as part of Plaintiffs' production volume BCBSPlansWAG010pt2.

4

25. Attached hereto as **Exhibit 23** is a true and accurate copy of an email sent by Mr. Farrell to Ms. Hibbert on November 21, 2022.

26. Attached hereto as **Exhibit 24** is a true and accurate copy of a letter sent by Mr. Pine to Mr. Farrell on December 1, 2022.

27. Attached hereto as **Exhibit 25** is a true and accurate copy of a letter sent by Mr. Farrell to Ms. Hibbert and Mr. Pine on December 5, 2022.

28. Attached hereto as **Exhibit 26** is a true and accurate copy of a letter sent by Ms. Hibbert to Mr. Farrell on December 16, 2022.

29. Attached hereto as **Exhibit 27** is a true and accurate copy of a table prepared by my firm's e-discovery team at defense counsel's direction providing reasonable estimates, calculated using standard search methodologies (described in more detail in the exhibit), for the number of times the 20 disputed custodians appear in the sender or recipient fields of documents produced by Plaintiffs through and including December 19, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of December, 2022.

/s/ *Charles D. Zagnoli*
Charles D. Zagnoli
ROPES & GRAY LLP
191 N. Wacker Dr.
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Charles.Zagnoli@ropesgray.com

5

## Certificate of Service

I, Charles D. Zagnoli, hereby certify that the foregoing document was electronically filed on December 21, 2022, and will be served electronically via the Court's ECF Notice system upon all registered counsel of record.

    /s/ *Charles D. Zagnoli*
Charles D. Zagnoli
ROPES & GRAY LLP
191 N. Wacker Dr.
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Charles.Zagnoli@ropesgray.com

*Attorney for Defendant / Counterclaimant / Third-Party Plaintiff Walgreen Co. & Defendant / Third-Party Plaintiff Walgreens Boots Alliance, Inc.*