# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **BCBSM, INC.**, *et al.*, | Case No. 1:20-cv-01853 |
| *Plaintiffs / Counter-Defendants*, | Honorable Virginia M. Kendall |
| v. | Honorable Sheila M. Finnegan |
| **WALGREEN CO.**, *et al.*, | *Consolidated with*: |
| *Defendants / Counterclaimant.* | No. 1:20-cv-01929 |
| | No. 1:20-cv-03332 |
| | No. 1:20-cv-04738 |
| | No. 1:20-cv-04940 |
| | No. 1:22-cv-01362 |

| |
|---|
| **WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.**, |
| *Third-Party Plaintiffs*, |
| v. |
| **PRIME THERAPEUTICS LLC, & OMEDARX, INC.**, |
| *Third-Party Defendants*. |

**Defendants Walgreen Co.'s & Walgreens Boots Alliance, Inc.'s**
<u>**Motion for Leave to File Reply Memorandum and Kirk Declaration Under Seal**</u>

Pursuant to Local Rules 5.8 and 26.2, Defendants Walgreen Co. and Walgreens Boots Alliance, Inc. (together, "Walgreens") respectfully move the Court for entry of an order permitting Defendants to file Defendants' Reply in Support of Defendants' Motion to Compel Plaintiffs' Document Discovery and Related Metrics (the "Reply") under seal. Defendants further move the court for entry of an order permitting it to file the Declaration of Shannon Capone Kirk (the "Declaration") under seal.

In support of this motion, Defendants rely upon all pleadings and papers of record to date and further state:

1. When Plaintiffs filed their Opposition to Defendants' Motion to Compel, they moved to file the Opposition brief, along with the Declaration of Cristhian Cabezas ("Cabezas Declaration") under seal because they "cite[d] to and reveal[ed] [ ] information relating to Plaintiffs' technology aided review ('TAR') project model metrics and work product." Dkt. 403. The Court granted Plaintiffs' motion to file their Opposition and the Cabezas Declaration under seal.

2. The Reply quotes and describes portions of the Opposition that the Court permitted Plaintiffs to file under seal.

3. To preserve the confidentiality of those portions of the Opposition until such time as a court may rule otherwise, Defendants seek leave to file the Reply with those quotations and descriptions under seal.

4. The Declaration extensively quotes from and describes portions of the Cabezas Declaration that the Court permitted Plaintiffs to file under seal.

5. To preserve the confidentiality of the Cabezas Declaration until such time as a court may rule otherwise, Defendants seek leave to file the Declaration in its entirety under seal.

6. In accordance with Local Rule 26.2(c), Defendants have simultaneously and provisionally filed an unredacted version of the Reply and the Declaration under seal. Defendants have also simultaneously filed a public-record version of the Reply with redactions.

7. In compliance with the Court's Sixth Amended General Order 20-0027, Defendants have not noticed this motion for presentment.

8. Defendants' request for leave to file under seal is made in the interest of justice and not for the purpose of delay or obstruction.

9. Wherefore, Defendants respectfully request that the Court enter an Order:

    a. Granting Defendants leave to file the Reply under seal;

    b. Granting Defendants leave to file the Declaration under seal; and

    c. Granting such other and further relief as this Court deems just and proper.

Dated: February 9, 2023                              Respectfully submitted,

                                                  By:    /s/ *Jeffrey J. Bushofsky*

Jeffrey J. Bushofsky
Laura G. Hoey
Timothy R. Farrell
Charles D. Zagnoli
ROPES & GRAY LLP
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Jeffrey.Bushofsky@ropesgray.com
Laura.Hoey@ropesgray.com
Timothy.Farrell@ropesgray.com
Charles.Zagnoli@ropesgray.com

*Attorneys for Defendant / Counterclaimant / Third-Party Plaintiff Walgreen Co. & Defendant / Third-Party Plaintiff Walgreens Boots Alliance, Inc.*

**Certificate of Service**

I, Charles D. Zagnoli, hereby certify that the foregoing document was electronically filed on February 9, 2023, and will be served electronically via the Court's ECF Notice system upon all registered counsel of record.

    /s/ *Charles D. Zagnoli*
Charles D. Zagnoli
ROPES & GRAY LLP
191 N. Wacker Dr.
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Charles.Zagnoli@ropesgray.com

*Attorneys for Defendant / Counterclaimant / Third-Party Plaintiff Walgreen Co. & Defendant / Third-Party Plaintiff Walgreens Boots Alliance, Inc.*