# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BCBSM, INC., *et al.*,<br><br>        *Plaintiffs*,<br><br>                    v.<br><br>WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.,<br><br>        *Defendants*. | Case No. 1:20-cv-01853<br><br>Honorable Virginia M. Kendall<br>Honorable Sheila M. Finnegan<br><br>Related Cases:<br>Case No. 1:20-cv-04738<br>Case No. 1:20-cv-03332<br>Case No. 1:20-cv-01929<br>Case No. 1:20-cv-04940<br>Case No. 1:22-cv-01362 |
| WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.,<br><br>        *Third-Party Plaintiffs*,<br><br>                    v.<br><br>PRIME THERAPEUTICS LLC & OMEDARX, INC.,<br><br>        *Third-Party Defendants*. | |

## JOINT STATUS REPORT

Pursuant to the Court's September 8, 2023, Order (ECF No. 474), the Initial Plaintiffs,[1] the Additional Plaintiffs,[2] Defendant / Third-Party Plaintiff Walgreen Co. ("Walgreens") and Defendant Walgreens Boots Alliance, Inc. (together with Walgreens, "Defendants"), and Third-Party Defendants Prime Therapeutics LLC ("Prime") and OmedaRx, Inc. f/k/a Regence Rx, Inc. ("OmedaRx"), through their respective counsel, respectfully submit the following Joint Status Report.

## I. The Current Deadlines Imposed by the Court and Whether the Matter Has Been Referred to the Magistrate Judge in Any Fashion

### A. Deadline for the Close of Fact Discovery

By order dated March 30, 2023 (ECF No. 436), the parties are to substantially complete document production by two (2) months after the resolution of Walgreens' pending motion to

---

[1]      BCBSM, Inc. (d/b/a Blue Cross and Blue shield of Minnesota); HMO Minnesota (d/b/a Blue Plus); Health Options, Inc. (d/b/a Florida Blue HMO); Blue Cross and Blue Shield of North Carolina; Blue Cross Blue Shield of North Dakota; Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue); Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.; Wellmark, Inc. (d/b/a Wellmark Blue Cross and Blue Shield and d/b/a Wellmark Blue Cross and Blue Shield of Iowa); Wellmark of South Dakota, Inc. (d/b/a Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark Health Plan of Iowa, Inc.; Wellmark Synergy Health, Inc.; Wellmark Value Health Plan, Inc.; Blue Cross and Blue Shield of Arizona, Inc. (d/b/a Blue Cross Blue Shield of Arizona and d/b/a AZBLUE); Asuris Northwest Health; Blue Cross and Blue Shield of Kansas City, Inc.; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho, Inc.; Regence BlueCross BlueShield of Oregon; Regence BlueCross BlueShield of Utah; Regence BlueShield; HealthNow New York, Inc.; Highmark Western New York, Inc. (f/k/a Blue Cross of Western New York); Northeastern New York (f/k/a BlueShield of Northeastern New York); Horizon Healthcare Services, Inc. (d/b/a Horizon Blue Cross Blue Shield of New Jersey); and Horizon Healthcare of New Jersey, Inc. (d/b/a Horizon NJ Health).

[2]      CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Blue Cross and Blue Shield of South Carolina; BlueChoice HealthPlan of South Carolina, Inc.; Louisiana Health Service & Indemnity Company, d/b/a/ Blue Cross and Blue Shield of Louisiana, and HMO Louisiana, Inc.

compel (ECF No. 374),[3] and fact discovery (including oral discovery) is to be completed three (3) months following that substantial completion deadline.

### B. Referral to Magistrate Judge

On April 11, 2022, the Court referred this case to Magistrate Judge Sheila Finnegan for general discovery supervision. (ECF No. 252).

### C. Expert Discovery

By order dated March 30, 2023 (ECF No. 436), expert discovery is currently governed by the following deadlines:

- Opening expert reports are due five (5) weeks following the end of fact discovery;

- Rebuttal expert reports are due eight (8) weeks following opening expert reports;

- Expert discovery closes seven (7) weeks following rebuttal expert reports.

### D. Proposed Pre-Trial Scheduling Order and Dispositive Motions

By order dated March 30, 2023 (ECF No. 436), the parties are to submit a proposed pre-trial scheduling order, including deadlines for dispositive and pre-trial motions, one (1) week following the close of expert discovery.

---

[3]     The currently operative scheduling order sets the substantial completion deadline at two months after resolution of the last of two motions to compel that were pending when the scheduling order was entered. The Court granted the second of those two motions (ECF No. 407) on May 31, 2023 (*see* ECF No. 453). The other motion remains pending before the Special Master appointed by the Court. (ECF No. 450.)

## II.     The Progress of Discovery

### A.     Document Production and Written Interrogatories

As reported in previous Joint Status Reports, the parties are currently engaged in written discovery and continue to produce documents and respond to written discovery requests. The Initial Plaintiffs have produced 284,081 documents and 3,007,644 pages. Defendants have produced 249,695 documents and 1,744,029 pages.

The parties have continued to engage regarding ongoing discovery obligations and have exchanged letters over the course of the past several months and weeks outlining concerns and expectations in this regard. There remain open disputes regarding the scope of certain written discovery. Most significantly, Walgreens filed a Motion to Compel Plaintiffs' Document Discovery and Related Metrics on December 21, 2022, regarding material gaps in the Initial Plaintiffs' document productions. (ECF No. 374). On May 2, 2023, the Court appointed Dr. Maura Grossman as Special Master, pursuant to Federal Rule of Civil Procedure 53, to assist the Court in resolving this motion. (ECF No. 450). Dr. Grossman filed her initial Order on Preliminary Diagnostic Protocol to Assess the Adequacy of Initial Plaintiffs' Original and Supplemental Productions on July 21, 2023. (ECF No. 465).

As reported in prior Joint Status Reports, the Additional Plaintiffs and Defendants have each served written discovery requests. Defendants have provided the Additional Plaintiffs with the written and document discovery produced by Defendants before the Additional Plaintiffs joined the case and served written responses and objections to the Additional Plaintiffs' document requests. The Additional Plaintiffs served Defendants written responses to Defendants' discovery requests on January 17, 2023. The parties have met, conferred, and agreed on the general scope of those written responses and negotiated the Additional Plaintiffs' search parameters for their custodial email review. To date, the Additional Plaintiffs have made four productions of

documents to Defendants, consisting of 3,824 documents and 44,773 pages. The Additional Plaintiffs continue to review documents for potential production in response to Defendants' requests.

Prime has responded to the written discovery requests that Walgreens served starting on November 5, 2021, and Prime has produced certain documents, including documents that it previously produced in other U&C pricing litigation. To date, Prime's four productions consist of 5,328 documents and 65,381 pages. Prime continues to review documents for potential production in response to Defendants' requests.

OmedaRx has responded to the written discovery requests served on it by Defendants. OmedaRx has represented to Defendants that documents responsive to Walgreens' Requests for Production of Documents to OmedaRx have previously been produced by the Cambia Plaintiffs. Defendants are evaluating that assertion. Defendants have also raised certain deficiencies in OmedaRx's written responses with counsel to OmedaRx and the Initial Plaintiffs.

**B. Depositions of the Parties and Their Former and Current Employees**

Plaintiffs have taken depositions of one current and six former Walgreens employees. Additionally, Plaintiffs have indicated their intent to depose one additional Walgreens employee.

To date, Walgreens has neither taken, nor requested, the depositions of any Plaintiff or Prime witness. As explained further below, Walgreens intends to take depositions only after witnesses' documents have been produced to Walgreens.

The Initial Plaintiffs / Counter-Defendants and Defendants have exchanged initial drafts of topic lists for corporate representative depositions. Defendants have served objections to the Initial Plaintiffs' draft topic list. On September 8, 2023, Defendants provided the Additional Plaintiffs with (a) Defendants' initial draft topics list for the Additional Plaintiffs' corporate representative depositions, and (b) the Initial Plaintiffs' preliminary draft topic list for Walgreens'

4

corporate representative depositions and Walgreens' objections to those topics. The Additional Plaintiffs indicated on October 3, 2023, that they would review those materials.

Prime intends to take depositions of current or former Walgreens employees.

**III.    Other Third-Party Discovery**

The Initial Plaintiffs / Counter-Defendants have issued subpoenas to the following third-party entities:

- National Council of Prescription Drug Programs, Inc.

- Pharmaceutical Care Management Association

- Costco Wholesale Corporation

- The Kroger Co.

- Elixir Rx Solutions, LLC

- GoodRx Holdings, Inc.

- Klix, LLC d/b/a Easy Drug Card

- Towers Administrators LLC d/b/a SingleCare Administrators

- NeedyMeds, Inc.

- U.S. Pharmacy Card, LLC

- Discount Drug Network, LLC

- Texas Health and Human Services

- Oregon Health Authority

- Connecticut Department of Social Services

The Additional Plaintiffs have issued subpoenas to the following third-party entities:

- Caremark, LLC

- Express Scripts, Inc.

- OptumRx, Inc.

- Walmart, Inc.

- Target Corporation

- WAGDCO, LLC

- MedImpact Healthcare Systems, Inc.

- Envolve Pharmacy Solutions Pharmacy Solutions, Inc.

- Leehar Distributors, LLC

- Medical Security Card Company, LLC

Defendants / Counter-Plaintiff have issued subpoenas to the following third parties:

- Bretta Grinsteinner

- Blue Cross Blue Shield Association

- Caremark, LLC

- DST Pharmacy Solutions, Inc. (f/k/a Argus Health Systems, Inc.)

- Express Scripts, Inc.

- MedImpact Healthcare Systems, Inc.

- OptumRx, Inc.

- Preferred Care Services, Inc.

- EPIC Pharmacy Network, Inc.

- Health Mart Atlas, LLC

- Wholesale Alliance, LLC

- Blue Cross and Blue Shield of Nebraska, Inc.

## IV.    The Status of Discovery Motions

As noted above, Defendants filed a Motion to Compel Plaintiffs' Document Discovery and Related Metrics on December 21, 2022.  (ECF No. 374).  Plaintiffs filed their response in opposition on January 23, 2023.  (ECF No. 400).  Defendants filed their reply on February 9, 2023.  (ECF No. 414).  On May 2, 2023, the Court appointed Dr. Maura Grossman as Special Master to decide Walgreens' motion.    The parties have met and exchanged several correspondences with Dr. Grossman regarding procedural and merits issues related to the motion to compel.  The Special Master and the parties discussed potential resolutions of the motion during a phone call on June 13, 2023.  Following another phone call between the Special Master and the parties on September 29, 2023, the parties will be submitting proposed remediation steps in writing to the Special Master.  The next call is scheduled for October 20, 2023.

Additionally, Defendants filed a second Motion to Compel Plaintiffs' Discovery on January 23, 2023.  (ECF No. 407).  The Court granted Walgreens' motion in full on May 31, 2023, ordering the Initial Plaintiffs to promptly provide the applicable discovery responses.  (ECF No. 453).  Certain Initial Plaintiffs served compelled responses to the discovery requests on July 28, August 4, and August 25, 2023.  Counsel for Defendants is reviewing those responses for completeness.  On September 8, 2023, Defendants filed a Motion for Attorneys' Fees and Expenses (ECF No. 470, 472) to recover the costs associated with their successful motion to compel.  On September 13, 2023, the Court ordered that objections to the motion for attorneys' fees shall be filed by September 25, 2023.  (ECF No. 473).  On September 25, 2023, the Initial Plaintiffs filed a Memorandum in Opposition to Defendants' Motion for Attorneys' Fees and Expenses.  (ECF No. 475).  On September 29, 2023, Defendants moved for leave to file instanter

a Reply in Support of their Motion for Attorneys' Fees and Expenses, (ECF No. 476), which the Court granted on October 3, 2023, (ECF No. 477). The motion for attorneys' fees is pending.

Defendants have asserted certain deficiencies in Prime's discovery responses and anticipate the possibility of seeking relief from the Court, as appropriate, in the coming weeks.

**V.      Whether the Parties Have Engaged or Are Engaging in Settlement Discussions**

The parties have not engaged in settlement discussions.

**VI.     Whether the Parties Believe a Telephonic Hearing or In-Person Hearing Is Necessary Within the Next 60 Days**

The parties do not anticipate the need for a hearing with the Court within the next 60 days.

Pursuant to the Court's May 25, 2022, Order (ECF No. 276), the parties shall continue to provide joint status reports at 30-day intervals. Subject to the Court's approval, the parties will file the next status report by November 13, 2023.

Dated: October 11, 2023

Respectfully submitted,

By: */s/ Kelly H. Hibbert*

David L. Applegate (IL Bar# 3122573)
Brigid E. Kennedy (IL Bar # 6201446
**WILLIAMS BARBER & MOREL LTD.**
Suite 6800 Willis Tower
233 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
dla@williamsbarbermorel.com
bek@williamsbarbermorel.com

Kent A. Gardiner (D.C. Bar No. 432081)*
Stephen J. McBrady (D.C. Bar No. 978847)*
Kelly H. Hibbert (D.C. Bar No. 1006010)*
Justin D. Kingsolver (N.D. Ill. Bar No. 6320926)
**CROWELL & MORING LLP**
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
KGardiner@crowell.com
SMcBrady@crowell.com
KHibbert@crowell.com
JKingsolver@crowell.com

\* Admitted pro hac vice

*Attorneys for Initial Plaintiffs & Third-Party Defendant OmedaRx, Inc.*

By: */s/ Jeffrey J. Bushofsky*

By: */s/ Robert B. Gilmore*

Laura G. Hoey
Jeffrey J. Bushofsky
Timothy R. Farrell
Charles D. Zagnoli
**ROPES & GRAY LLP**
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Laura.Hoey@ropesgray.com
Jeffrey.Bushofsky@ropesgray.com
Timothy.Farrell@ropesgray.com
Charles.Zagnoli@ropesgray.com

Robert B. Gilmore (admitted *pro hac vice*)
Michael A. Petrino (*pro hac vice* forthcoming)
Kevin J. Attridge (*pro hac vice* forthcoming)
Susie Kim (*pro hac vice* forthcoming)
Megan Benevento (*pro hac vice* forthcoming)
**STEIN MITCHELL BEATO & MISSNER LLP**
901 15th Street, N.W., Suite 700
Washington, D.C. 20005
Tel: (202) 737-7777
Fax: (202) 296-8312
rgilmore@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com
skim@steinmitchell.com
mbenevento@steinmitchell.com

*Attorneys for Defendants / Third-Party Plaintiffs Walgreen Co. & Walgreens Boots Alliance Inc.*

Samera Syeda Ludwig
**L&G LAW GROUP LLP**

9

175 West Jackson Blvd, Suite 950
Chicago, Illinois 60604
Tel: (312) 364-2500
Fax: (312) 364-1003
sludwig@lgcounsel.com

*Attorneys for the Additional Plaintiffs*


By: */s/ Robert J. Gilbertson* _____

**Forsgren Fisher McCalmont DeMarea Tysver LLP**
Robert J. Gilbertson
Caitlinrose H. Fisher
Virginia R. McCalmont
225 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 474-3300
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com

**SALVATORE PRESCOTT PORTER & PORTER, PLLC**
Andrew C. Porter
Andrea L. Evans
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
aporter@sppplaw.com
evans@sppplaw.com

*Attorneys for Third-Party Defendant Prime Therapeutics LLC*

## CERTIFICATE OF SERVICE

I, Charles D. Zagnoli, an attorney authorized to practice before this Court, hereby certify that the foregoing Joint Status Report was electronically filed on October 11, 2023, and will be served electronically via the Court's ECF Notice system upon the registered parties and counsel of record.

/s/ Charles D. Zagnoli
Charles D. Zagnoli
**ROPES & GRAY LLP**
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5522
Charles.Zagnoli@ropesgray.com

*Attorney for Defendants / Third-Party Plaintiffs Walgreen Co. & Walgreens Boots Alliance Inc.*