# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **BCBSM, INC.,** *et al.*,<br><br>  *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>**WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.,**<br><br>  *Defendants/Counterclaimant.*<br>---------------------------------------------------------------------<br>**WALGREEN CO. & WALGREENS BOOTS ALLIANCE, INC.,**<br><br>  *Defendants/Third-Party Plaintiffs*,<br><br>v.<br><br>**PRIME THERAPEUTICS LLC,**<br><br>  *Third-Party Defendant.* | Case No. 1:20-cv-01853<br><br>Honorable Virginia M. Kendall<br>Honorable Sheila M. Finnegan<br><br>*Consolidated with*:<br>Case No. 1:20-cv-01929<br>Case No. 1:20-cv-03332<br>Case No. 1:20-cv-04738<br>Case No. 1:20-cv-04940<br>Case No. 1:22-cv-01362 |

### ORDER DISMISSING WALGREENS' VERIFIED COUNTERCLAIM FOR AIDING & ABETTING BREACHES OF FIDUCIARY DUTIES WITH PREJUDICE AND GRANTING LEAVE TO AMEND CERTAIN AFFIRMATIVE <u>DEFENSES</u>

This matter is before the Court on Defendants' Unopposed Motion to Voluntarily Dismiss Walgreens' Verified Counterclaim for Aiding & Abetting Breaches of Fiduciary Duties with Prejudice and for Leave to Amend Certain Affirmative Defenses (ECF No. __ ).

The Court, having reviewed the Motion and being fully advised in the premises, hereby

**ORDERS and ADJUDGES** as follows:

1. Walgreen Co.'s Verified Counterclaim for Aiding & Abetting Breaches of Fiduciary Duties against BCBSM, Inc.; HMO Minnesota; Blue Cross and Blue Shield of Florida,

Inc.; Health Options, Inc.; Blue Cross and Blue Shield of North Carolina; Blue Cross and Blue Shield of North Dakota; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.; Wellmark, Inc.; Wellmark of South Dakota, Inc.; Wellmark Health Plan of Iowa, Inc.; Wellmark Synergy Health, Inc.; Wellmark Value Health Plan, Inc.; Horizon Healthcare Services, Inc.; Horizon Healthcare of New Jersey, Inc.; HealthNow New York Inc.; BlueCross BlueShield of Western New York, Inc.; BlueShield of Northeastern New York; Blue Cross and Blue Shield of Arizona, Inc.; and Blue Cross and Blue Shield of Kansas City is dismissed with prejudice; and

2. Defendants are granted leave to file the [Proposed] First Amended Affirmative Defenses to Plaintiffs' Second Amended Complaint, which is attached to the Motion as Exhibit A; and

3. Each Party is to pay its own costs with respect to the Counterclaim and the Motion.

**DONE and ORDERED** this 16th day of January, 2024.

The Honorable Virginia M. Kendall<br>
United States District Judge